| Fill in this information to identify your case: | |
| --- | --- |
| United States Bankruptcy Court for the: | |
| DISTRICT OF PUERTO RICO | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | **BUILDERS HOLDING CO., CORP.** |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA CD BUILDERS, INC.- 66-0591654**<br>**DBA CDC MAINTENANCE GROUP, CORP.-66-0591444**<br>**DBA SEE EXHIBIT E** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0735122** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **CARR 9945 KM 2.4**<br>**BO. CELADA SEC. LOS CHINOS**<br>**Gurabo, PR 00778**<br>Number, Street, City, State & ZIP Code | **P.O. BOX 1333**<br>**Gurabo, PR 00778**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Gurabo**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
| --- | --- | --- |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **BUILDERS HOLDING CO., CORP.** _____   Case number (if known)_____
         Name

| 7. | Describe debtor's business | A. Check one: |
|----|----|----|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2373__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | Check one: |
|----|----|----|

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. Check all that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☒ No. |
|----|----|----|
|    | If more than 2 cases, attach a separate list. | ☐ Yes. |

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☒ No |
|----|----|----|
|    | List all cases. If more than 1, attach a separate list | ☐ Yes. |

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **BUILDERS HOLDING CO., CORP.**    Case number *(if known)*
          Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **BUILDERS HOLDING CO., CORP.**    Case number *(if known)*
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 20, 2016**
                MM / DD / YYYY

**X** **/s/ ISMAEL CARRASQUILLO SANCHEZ**            **ISMAEL CARRASQUILLO SANCHEZ**
Signature of authorized representative of debtor       Printed name

Title    **PRESIDENT**

**18. Signature of attorney**

**X** **/s/ LCDO. FAUSTO DAVID GODREAU USDC**     Date  **August 20, 2016**
Signature of attorney for debtor                          MM / DD / YYYY

**LCDO. FAUSTO DAVID GODREAU USDC**
Printed name

**Godreau & Gonzalez Law**
Firm name

**Calle McCleary 1806**
**Suite 1-B**
**San Juan, PR 00902**
Number, Street, City, State & ZIP Code

Contact phone    **(787) 982-6507**     Email address   **dg@g-glawpr.com**

**123207 PR**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 4

**Fill in this information to identify the case:**

Debtor name   **BUILDERS HOLDING CO., CORP.**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

  ☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

  ☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

  ☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  ☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

  ☒  *Schedule H: Codebtors* (Official Form 206H)

  ☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

  ☐  Amended *Schedule*

  ☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

  ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 20, 2016**    X **/s/ ISMAEL CARRASQUILLO SANCHEZ**
                                  Signature of individual signing on behalf of debtor

                                  **ISMAEL CARRASQUILLO SANCHEZ**
                                  Printed name

                                  **PRESIDENT**
                                  Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BUILDERS HOLDING CO., CORP.** |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AVANZA CONSTRUCTION & EARTH WORKS, LLC P.O. BOX 330025 Fort Worth, TX 76163 | | SERVICES RENDERED | | | | $101,881.25 |
| BEXAR CONCRETE WORKS P.O. BOX 700250 San Antonio, TX 78270 | | LAWSUIT FOR CONCRETE | | | | $185,745.42 |
| BUYERS BARRICADES P.O. BOX 7498 Fort Worth, TX 76111 | | EQUIPMENT RENTAL | | | | $111,979.15 |
| CARTER ENERGY P.O. BOX 29106 Mission, KS 66201-1406 | | LAWSUIT FOR FUEL | | | | $146,361.44 |
| CHICO LIMESTONE, INC. P.O. BOX 636 Bridgeport, TX 76426 | | LAWSUIT FOR CONSTRUCTION MATERIALS | | | | $64,846.01 |
| CHOLO'S ON SITE CALLE JULIO ALVARADO133 URB. FRONTERAS Bayamon, PR 00961 | | TRAVEL SERVICES | | | | $186,517.57 |
| F & R DESIGN GROUP, INC. HC-30 BOX 34205 San Lorenzo, PR 00754 | | BLUEPRINTS DESIGN | | | | $163,213.97 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **BUILDERS HOLDING CO., CORP.**    Case number *(if known)* _____
　　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HALFF ASSOCIATES, INC. P.O. BOX 678316 Dallas, TX 75267 | | LAWSUIT FOR ECOLOGICAL PROTECTION PLAN | | | | $59,379.95 |
| HOLT CAT P.O. BOX 911975 Dallas, TX 75391-1975 | | EQUIPMENT RENTAL | | | | $158,659.69 |
| INTERNAL REVENUE SERVICE PO BOX 7346 Philadelphia, PA 19101-7346 | | 941 - PAYROLL TAXES 1ST QUARTER 2016 | | | | $135,641.78 |
| INTERNAL REVENUE SERVICE PO BOX 7346 Philadelphia, PA 19101-7346 | | 941 - PAYROLL TAXES 4TH QUARTER 2015 | | | | $295,372.36 |
| JOHNSON COUNTY PIPE, INC. P.O. BOX 203442 Dallas, TX 75320-3442 | | CONSTRUCTION MATERIALS | | | | $325,873.20 |
| LATTIMORE MATERIAL CORP. P.O. BOX 732677 Dallas, TX 75373-2677 | | CONSTRUCTION MATERIALS | | | | $123,497.00 |
| MEL'S ELECTRIC , LP P.O. BOX 40 Wilmer, TX 75172-0040 | | CONSTRUCTION MATERIALS | | | | $94,009.46 |
| RAM TOOL P.O. BOX 743487 Atlanta, GA 30374-3487 | | CONSTRUCTION MATERIALS | | | | $111,521.71 |
| REDI-MIX CONCRETE P.O. BOX 844425 Dallas, TX 75284-4425 | | CONSTRUCTION MATERIALS | | | | $229,310.91 |
| SIX & MANGO EQUIPMENT P.O. BOX 1269 Frisco, TX 75034 | | LAWSUIT FOR CONSTRUCTION EQUIPMENT RENTAL | | | | $106,719.44 |
| SOUTHWEST CONSTRUCTION 11430 NEWKIRK STREET Dallas, TX 75229 | | SERVICES RENDERED | | | | $90,253.55 |

Debtor   **BUILDERS HOLDING CO., CORP.**                                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SUPER ASPHALT<br>P.O. BOX 1849<br>Guaynabo, PR<br>00970-1849 | | ASPHALT | | | | $74,941.20 |
| UNITED RENTALS<br>P.O. BOX 700711<br>Atlanta, GA<br>30384-0711 | | EQUIPMENT RENTAL | | | | $86,011.70 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name   **BUILDERS HOLDING CO., CORP.** | |
| United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO | |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $    1,034,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $    8,694,533.93

   1c **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $    9,728,533.93

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    6,378,451.40

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $    467,520.36

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................... +$    3,689,977.52

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b    $    10,535,949.28

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **BUILDERS HOLDING CO., CORP.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **ORIENTAL BANK - CD BUILDERS, INC.** | **SAVINGS ACCOUNT** | 5181 | $70.78 |
| 3.2. | **ORIENTAL BANK - CD BUILDERS, INC.** | **CHECKING ACCOUNT** | 0386 | $80,175.31 |
| 3.3. | **ORIENTAL BANK - CD BUILDERS, INC.** | **SAVINGS ACCOUNT** | 1882 | $1,491.00 |
| 3.4. | **ORIENTAL BANK - CD BUILDERS, INC.** | **SAVINGS ACCOUNT** | 7888 | $9.30 |
| 3.5. | **ORIENTAL BANK - CDC MAINTENANCE GROUP CORP.** | **SAVINGS ACCOUNT** | 2049 | $5,777.99 |
| 3.6. | **WELLS FARGO - CD BUILDERS, INC.** | **CHECKING ACCOUNT** | 7680 | $21,402.74 |
| 3.7. | **WELLS FARGO - CD BUILDERS, INC.** | **SAVINGS ACCOUNT** | 3227 | $928.93 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor  **BUILDERS HOLDING CO., CORP.**
Name

Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|
| 3.8. | WELLS FARGO - CD BUILDERS, INC. | SAVINGS ACCOUNT | 9083 | $8.05 |
| 3.9. | WELLS FARGO - CD BUILDERS, INC. | SAVINGS ACCOUNT | 7698 | $134,688.57 |
| 3.10. | FIRST BANK - CD BUILDERS, INC. | CHECKING ACCOUNT | 3388 | $12,192.54 |

**4.** Other cash equivalents *(Identify all)*

**5.** Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$256,745.21

**Part 2:  Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:  Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.** Accounts receivable

11a. 90 days old or less:  **73,156.58**  -  **0.00**  = ....  $73,156.58
face amount             doubtful or uncollectible accounts

11a. 90 days old or less:  **464,767.60**  -  **0.00**  = ....  $464,767.60
face amount             doubtful or uncollectible accounts

11b. Over 90 days old:  **5,986,081.54**  -  **150,000.00**  =....  $5,836,081.54
face amount             doubtful or uncollectible accounts

**12.** Total of Part 3.

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$6,374,005.72

**Part 4:  Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    **BUILDERS HOLDING CO., CORP.** _____    Case number *(if known)* _____
          Name

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>OFFICE FURNITURE - SEE EXHIBIT B | $0.00 | Debtor Estimate | $4,850.00 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software<br>OFFICE EQUIPMENT - SEE EXHIBIT C | $0.00 | Debtor Estimate | $21,056.00 |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                          $25,906.00

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ☒ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | BUILDERS HOLDING CO., CORP. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 47.1. | VEHICLES & HEAVY EQUIPMENT -SEE EXHIBIT D | $0.00 | Comparable sale | $2,037,877.00 |
|---|---|---|---|---|

**48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $2,037,877.00 |
|---|

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☒ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  BO. CELADA SECTOR LOS CHINOS, GURABO PR PARCEL J WITH 0.3157 "CUERDAS", INCLUDES BUILDING, LOT 8,170 CADASTER NUMBER 200-000-002-15-000 REGISTER TO CD BUILDERS, INC. | Fee simple | $0.00 | Debtor Estimate | $90,000.00 |

| Debtor | BUILDERS HOLDING CO., CORP. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 55.2. | BO. CELADA GURABO PR PARCEL LAND WITH 1,000.2599 SQUARE METERS CADASTER NUMBER 200-003-302-11-00 REGISTER TO CD BUILDERS, INC. | Fee simple | $0.00 | Debtor Estimate | $30,000.00 |
|---|---|---|---|---|---|
| 55.3. | BO. CELADA GURABO PR SR-9945 KM 2.4. LOT NO. 1,114 PARCEL LAND "C" WITH 2.8181 "CUERDAS" WITH WORKSHOP BUILDING CADASTER NUMBER 200-000-001-24-000 REGISTER TO CD BUILDERS, INC. | Fee simple | $0.00 | Appraisal | $180,000.00 |
| 55.4. | BO. RINCON GURABO PR COMMERCIAL PROPERTY WITH TWO-STORY COMMERCIAL OFFICE BUILDING. PARCEL LAND "A" WITH 999.60 SQUARE METERS REGISTER TO CDC MAINTENANCE GROUP CORP. | Fee simple | $0.00 | Appraisal | $301,000.00 |
| 55.5. | JOSE DE DIEGO STREET, SAN LORENZO PR COMMERCIAL 2 STORY BUILDING USUFRUCT LAND CADASTER NUMBER 252-086-036-10-001 REGISTER TO CDC MAINTENANCE GROUP CORP. | Fee simple | $0.00 | Debtor Estimate | $133,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **BUILDERS HOLDING CO., CORP.** | | Case number *(if known)* | _____ |
|---|---|---|---|---|
| | Name | | | |

| 55.6. | BO. FLORIDA, SAN LORENZO PR CADASTER NUMBER 278-00-002-15-000 REGISTER TO ISMAEL CARRASQUILLO SANCHEZ AND YAMILLETTE EILEEN IRIZARRY RIVERA | Fee simple | $0.00 | Debtor Estimate | $300,000.00 |
|---|---|---|---|---|---|

| 56. | **Total of Part 9.** | | $1,034,000.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☒ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

**Part 10:**  Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

- ☒ No.  Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11:**  All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☒ No.  Go to Part 12.
- ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

Debtor   **BUILDERS HOLDING CO., CORP.**                    Case number *(if known)* _____
         Name

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $256,745.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,374,005.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,906.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,037,877.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................> | | $1,034,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,694,533.93 | + 91b. $1,034,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,728,533.93 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **BUILDERS HOLDING CO., CORP.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

---

**2.1**  KOMATSU FINANCIAL LIMITED PARTNERSHIP
Creditor's Name

P.O. BOX 5050
Rolling Meadows, IL 60008
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/19/2013**
Last 4 digits of account number
**1000**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**KOMATSU WHEEL LOADER WA320-7**

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$79,247.67**   Column B: **$160,000.00**

---

**2.2**  KOMATSU FINANCIAL LIMITED PARTNERSHIP
Creditor's Name

P.O. BOX 5050
Rolling Meadows, IL 60008
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/19/2013**
Last 4 digits of account number
**1001**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**KOMATSU HYDRAULIC EXCAVATION PC350LC-8**

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$94,230.12**   Column B: **$125,000.00**

---

Debtor **BUILDERS HOLDING CO., CORP.**

Name

Case number (if know) _____

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **KOMATSU FINANCIAL LIMITED PARTNERSHIP** | | $94,230.12 | $125,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**KOMATSU HYDRAULIC EXCAVATOR PC350LC-8**

**P.O. BOX 5050**
**Rolling Meadows, IL 60008**

Creditor's mailing address

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/19/2013**
Last 4 digits of account number
**1002**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **MAPFRE PRAICO INSURANCE CO.** | | $5,160,141.00 | $5,686,081.54 |

Creditor's Name

Describe debtor's property that is subject to a lien
**ACCOUNTS RECEIVABLE AS OF 8/19/2016**

**P.O. BOX 70333**
**San Juan, PR 00936-8333**

Creditor's mailing address

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**AS OF JULY 2015**
Last 4 digits of account number
**1048**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **ORIENTAL BANK** | | $462,349.53 | $481,000.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**REAL PROPERTY BO. CELADA GURABO PR SR-9945 KM 2.4. LOT NO. 1,114 PARCEL LAND "C" WITH 2.8181 "CUERDAS" WITH WORKSHOP BUILDING ; REAL PROPERTY PARCEL A BO. RINCON GURABO**

**P.O. BOX 71113**
**San Juan, PR 00936-1113**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor   **BUILDERS HOLDING CO., CORP.** _____   Case number (if know) _____
        Name

| Creditor's mailing address | Describe the lien |
|---|---|

Describe the lien
**Financing Statement**
Is the creditor an insider or related party?

☒ No
☐ Yes
Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**DEC 2014**
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **TRIUMPH SAVINGS BANK** | Describe debtor's property that is subject to a lien | $488,252.96 | $613,000.00 |
|---|---|---|---|---|

Creditor's Name

**12700 PARK CENTRAL DRIVE
SUITE 1700
Dallas, TX 75251**

Creditor's mailing address

HEAVY EQUIPMENT: GOMACO GP-2400 2 TRACK CONCRETE PAVER, KOMATSU D65E-12 DOZER; KOMATSU PC300LC-6 EXCAVATOR, KOMATSU PC200LC-6 EXCAVATOR, JOHN DEERE 450H CRAWLER DOZER, KOMATSU PC300LC-6 EXCAVATOR

Describe the lien
**Security Interest**
Is the creditor an insider or related party?

☒ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**JUNE 4, 2014**
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☒ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $6,378,451.40 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BUILDERS HOLDING CO., CORP.** |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address **INTERNAL REVENUE SERVICE** **PO BOX 7346** **Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,780.45 | $4,780.45 |
| Date or dates debt was incurred **941 - 9/30/2015** | Basis for the claim: **941 - PAYROLL TAXES 3RD QT 2015** | | |
| Last 4 digits of account number **1654** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |

| | | | |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address **INTERNAL REVENUE SERVICE** **PO BOX 7346** **Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $295,372.36 | $295,372.36 |
| Date or dates debt was incurred **12/31/2015** | Basis for the claim: **941 - PAYROLL TAXES 4TH QUARTER 2015** | | |
| Last 4 digits of account number **1654** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ☒ No ☐ Yes | | |

Debtor   **BUILDERS HOLDING CO., CORP.**
_____
Name

Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135,641.78 | $135,641.78 |
|---|---|---|---|---|

**INTERNAL REVENUE SERVICE**
PO BOX 7346
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/31/2016**

Basis for the claim:
**941 - PAYROLL TAXES 1ST QUARTER 2016**

Last 4 digits of account number **1654**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,725.77 | $31,725.77 |
|---|---|---|---|---|

**TARRANT COUNTY TAX OFFICE**
**100 E. WEATHERFORD**
**Fort Worth, TX 76196**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**YEAR 2015**

Basis for the claim:
**PERSONAL PROPERTY TANGIBLE
COMMERCIALTAXES**

Last 4 digits of account number **3237**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,412.50 |
|---|---|---|---|

**A & P TRUCKING**
**9031 PINEWOOD**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **MAY 2016**

Last 4 digits of account number __

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A & S TRANSPORT, INC.**
**HC 08 BOX 409**
**Ponce, PR 00731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $23.71 |
|---|---|---|---|

**A.A.A.**
**P.O. BOX 70101**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **FEB 2016**

Last 4 digits of account number __

Basis for the claim: **UTILITIES - WATER**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **BUILDERS HOLDING CO., CORP.**     Case number (if known) _____
  Name

| | |
|---|---|
| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.66 |

---

| 3.4 | Nonpriority creditor's name and mailing address<br>**A.E.E.**<br>P.O. BOX 363508<br>San Juan, PR 00936-3508<br><br>Date(s) debt was incurred **APR 2016**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **UTILITIES - ELECTRICITY**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $101.66 |
| 3.5 | Nonpriority creditor's name and mailing address<br>**A1 PORTABLE**<br>P.O. Box 7569<br>Ponce, PR 00732<br><br>Date(s) debt was incurred **MAR-APR 2016**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **PORTABLE TOILETS**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $481.67 |
| 3.6 | Nonpriority creditor's name and mailing address<br>**AALC**<br>617 N COWAN AVE.<br>Lewisville, TX 75057<br><br>Date(s) debt was incurred **AUGUST 2015 TO FEBRUARY 2016**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **LANDSCAPE CONSTRUCTION**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $22,014.16 |
| 3.7 | Nonpriority creditor's name and mailing address<br>**AC EMERGENCY POWER SYSTEM**<br>P.O. BOX 1537<br>Guaynabo, PR 00970-1537<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.8 | Nonpriority creditor's name and mailing address<br>**ACE INDUSTRIAL SUPPLY, INC.**<br>7535 N. SAN FERNANDO BLVD<br>Burbank, CA 91505-1044<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.9 | Nonpriority creditor's name and mailing address<br>**ACME TELEVISION COMPANY**<br>1805 ROYAL LANE<br>SUITE 107<br>Dallas, TX 75229<br><br>Date(s) debt was incurred **DECEMBER 2015 TO JANUARY 2016**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **SERVICES RENDERED**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $3,887.81 |
| 3.10 | Nonpriority creditor's name and mailing address<br>**ACT PIPE & SUPPLY, INC.**<br>P.O. BOX 301282<br>Dallas, TX 75303-1282<br><br>Date(s) debt was incurred **APRIL TO JULY 2016**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONSTRUCTION MATERIALS**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | $3,889.43 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **BUILDERS HOLDING CO., CORP.**                                                Case number (if known) _____
        Name

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787.12
| **ACTION MOBILE** | ☐ Contingent |
| P.O. BOX 758689 | ☐ Unliquidated |
| Baltimore, MD 21275-8689 | ☐ Disputed |
| Date(s) debt was incurred **JANUARY 2016** | Basis for the claim: **OFFICE AND CONSTRUCTION TRAILERS** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,952.00
| **ACTION SERVICES** | ☐ Contingent |
| P.O. BOX 1689 | ☐ Unliquidated |
| Rockwall, TX 75087 | ☐ Disputed |
| Date(s) debt was incurred **SEPTEMBER 2015** | Basis for the claim: **SERVICES RENDERED** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **ACU CONSTRUCTION** | ☐ Contingent |
| 3044 OLC DENTON RD. | ☐ Unliquidated |
| SUITE 111-113 | ☐ Disputed |
| Carrollton, TX 75007 | Basis for the claim: **FOR NOTICE ONLY** |
| Date(s) debt was incurred __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.58
| **ADP LLC** | ☐ Contingent |
| P.O. BOX 842875 | ☐ Unliquidated |
| Boston, MA 02284-2875 | ☐ Disputed |
| Date(s) debt was incurred **AUGUST 2016** | Basis for the claim: **HUMAN RESOURCES MANAGEMENT** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $964.64
| **ADRIAN TORMES IRIZARRY** | ☐ Contingent |
| HC-02 BOX 14740 | ☐ Unliquidated |
| Gurabo, PR 00778 | ☐ Disputed |
| Date(s) debt was incurred **DECEMBER 2015** | Basis for the claim: **SERVICES RENDERED** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **ADT SECURITY SYSTEMS** | ☐ Contingent |
| P.O. BOX 71485 | ☐ Unliquidated |
| San Juan, PR 00936-8585 | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **FOR NOTICE ONLY** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
| **AGRI DRAIN CORPORATION** | ☐ Contingent |
| P.O. BOX 458 | ☐ Unliquidated |
| Adair, IA 50002 | ☐ Disputed |
| Date(s) debt was incurred __ | Basis for the claim: **FOR NOTICE ONLY** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

---

Debtor **BUILDERS HOLDING CO., CORP.**       Case number *(if known)* _____
     Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AIR WORTH**
10728 SOUTH PIPELINE
SUITE G
Hurst, TX 76053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $289.39 |
|---|---|---|---|

**AIRGAS USA, LLC**
801 E NORTHSIDE DR
Fort Worth, TX 76102-1017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **NOVEMBER 2014**

Basis for the claim: **CONSTRUCTION MATERIALS**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AJ PLUMBING, INC.**
HC 30 BOX 34205
San Lorenzo, PR 00754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALCT CORP.**
P.O. BOX 1241
Trujillo Alto, PR 00977-1241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,240.30 |
|---|---|---|---|

**ALEXANDER'S MACHINE**
3700 N COMMERCE ST.
Fort Worth, TX 76105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **OCTOBER 2015 TO APRIL 2016**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ALL-TEX PIPE & SUPPLY, INC.**
P.O. BOX 911854
Dallas, TX 75391-1854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,727.25 |
|---|---|---|---|

**ALLIANCE GEOTECHNICAL GROUP**
3228 HALIFAX STREET
Dallas, TX 75247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **JULY 2015**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **BUILDERS HOLDING CO., CORP.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.25** | Nonpriority creditor's name and mailing address | $0.00

**ALLIANCE LANDSCAPE COMPANY**
13825 AVIATOR WAY
SUITE 200
Fort Worth, TX 76177

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | $0.00

**ALLIED FENCE**
3530 E. BELKNAP
Fort Worth, TX 76111

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | $0.00

**ALLSTATE PAVING**
P.O. BOX 140155
Irving, TX 75014

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | $0.00

**ALMONTE & ASOCIADOS**
P.O. BOX 6705
Caguas, PR 00726-6705

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | $1,885.50

**ALPHA TESTING**
2209 WISCONSIN ST.
Dallas, TX 75229

Date(s) debt was
incurred  **AUGUST TO SEPTEMBER 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | $0.00

**AMERICAN HYDRAULIC**
724 DE DIEGO AVENUE
San Juan, PR 00920

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | $1,250.00

**AMERICAN PETROLEUM CO., INC.**
P.O. BOX 2529
Toa Baja, PR 00951-2663

Date(s) debt was incurred  **APR 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LUBRICANTS AND FUELS**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.** _____   Case number (if known) _____
_____Name_____

| | | | |
|---|---|---|---|
| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **AMERICAN STRIPING COMPANY**<br>**11551 RAVENVIEW RD**<br>**Dallas, TX 75253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **FOR NOTICE ONLY** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **AMERISURE MUTUAL INSURANCE**<br>**LOCKBOX 730502**<br>**Dallas, TX 75373-0502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: **FOR NOTICE ONLY** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.62 |
| | **AMTEK INFORMATION**<br>**P.O. BOX 1832**<br>**Tomball, TX 77377-1832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **MAY TO JUNE 2015** | | |
| | Last 4 digits of account number __ | Basis for the claim: **SERVICES RENDERED** | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,752.00 |
| | **AMTRUST NORTH AMERICA**<br>**P.O. BOX 6939**<br>**Cleveland, OH 44101-1939** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **APRIL TO OCTOBER 2015** | | |
| | Last 4 digits of account number __ | Basis for the claim: **INSURANCE** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,873.25 |
| | **ANCORTEX, INC.**<br>**2695 VILLA CREEK DR.**<br>**SUITE B-1**<br>**Dallas, TX 75234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **OCTOBER 2015** | | |
| | Last 4 digits of account number __ | Basis for the claim: **SERVICES RENDERED** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,347.57 |
| | **ANG CONSTRUCTION, INC.**<br>**PMB 275 RAFAEL CORDERO SUITE 140**<br>**Caguas, PR 00725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number **2013** | Basis for the claim: **SERVICES RENDERED** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,100.00 |
| | **ANIMAL SERVICES, INC.**<br>**P.O. BOX 1447**<br>**Van Alstyne, TX 75495** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **JANUARY 2015** | | |
| | Last 4 digits of account number __ | Basis for the claim: **SERVICES RENDERED** | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 7 of 61

Debtor    **BUILDERS HOLDING CO., CORP.**                                        Case number (if known) _____
          Name

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

ANN DUFFY INCORPORATED
105 CEPHYR COURT
Rhome, TX 76078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

AP ENGINEERING CONSULTANT
2964 LBJ FREEWAY
SUITE 430
Dallas, TX 75234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,970.00 |
|---|---|---|---|

ARGOS READY MIX
P.O. BOX 961094
Fort Worth, TX 76161-1094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **APRIL 2015**

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

ARMANDO GONZALEZ ROBLES
KEARBY 4040
HALTON CITY, TX 76111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

ARNOLD PEREZ
9031 PINEWOOD DR
Dallas, TX 75243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.63 |
|---|---|---|---|

ART-DRAFT AUTHORITY
399 ANDALUCIA AVE.
San Juan, PR 00920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **APR 2016**

Basis for the claim:  **SIGNS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

AT & T MOBILITY PUERTO RICO
P.O. BOX 71514
San Juan, PR 00936-8614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**
_____                    Case number (if known) _____
                    Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,427.20 |

**ATLANTIC PIPE CORP.**
P.O. BOX 366259
San Juan, PR 00936-6259

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **MAY 2016**

Basis for the claim:  **CONSTRUCTION MATERIAL**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,696.77 |

**ATLANTIC QUALITY CONTRACTOR, CORP.**
PMB 471 P.O. BOX 8000
Isabela, PR 00662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **FROM AUGUST 2015 TO JULY 2016**

Basis for the claim:  **ELECTRIC ENGINEERING**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,585.19 |

**ATMOS ENERGY, CORP.**
P.O. BOX 841425
Dallas, TX 75284-1425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **FEBRUARY TO JULY 2015**

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,092.25 |

**AUSTIN ASPHALT**
6330 COMMERCE DRIVE
SUITE 150
Irving, TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **FEBRUARY 2016**

Basis for the claim:  **CONSTRUCTION MATERIALS**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**AUTO ZONE**
208 W PIPELINE RD
Hurst, TX 76053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,881.25 |

**AVANZA CONSTRUCTION & EARTH
WORKS, LLC**
P.O. BOX 330025
Fort Worth, TX 76163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **APRIL TO JULY 2016**

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**BADGER DAYLITHING CORP.**
75 REMITTANCE DR.
SUITE 3185
Chicago, IL 60675-3185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**

Case number *(if known)*

Name

| | | |
|---|---|---|
| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,283.45 |

**3.53**  Nonpriority creditor's name and mailing address
**BANE MACHINERY INC.**
P.O. BOX 77859
Fort Worth, TX 76177

Date(s) debt was
incurred  NOVEMBER 2015 TO JANUARY 2016

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CONSTRUCTION EQUIPMENT

Is the claim subject to offset?  ☒ No  ☐ Yes

$5,283.45

---

**3.54**  Nonpriority creditor's name and mailing address
**BARNSCO**
P.O. BOX 541087
Dallas, TX 75354-1087

Date(s) debt was incurred  NOVEMBER 2014 TO
NOVEMBER 2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CONSTRUCTION MATERIALS

Is the claim subject to offset?  ☒ No  ☐ Yes

$37,068.34

---

**3.55**  Nonpriority creditor's name and mailing address
**BARNSCO DECORATIVE CONCRETE
SUPPLY, INC.**
13860 N. STEMMONS FWY
FARMERS BRANCH, TX 75234

Date(s) debt was
incurred  JUNE TO OCTOBER 2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CONSTRUCTION MATERIALS

Is the claim subject to offset?  ☒ No  ☐ Yes

$399.12

---

**3.56**  Nonpriority creditor's name and mailing address
**BERNALL CONSTRUCTION**
3232 LA SOMBRA ST
Grand Prairie, TX 75050

Date(s) debt was incurred  APRIL TO MAY 2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  SERVICES RENDERED

Is the claim subject to offset?  ☒ No  ☐ Yes

$6,609.53

---

**3.57**  Nonpriority creditor's name and mailing address
**BETTERECYCLING CORP.**
P.O. BOX 21420
San Juan, PR 00928

Date(s) debt was incurred  SEP 2011

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  LUBRICANTS AND FUELS

Is the claim subject to offset?  ☒ No  ☐ Yes

$6,000.00

---

**3.58**  Nonpriority creditor's name and mailing address
**BEXAR CONCRETE WORKS**
P.O. BOX 700250
San Antonio, TX 78270

Date(s) debt was incurred  MARCH TO JUNE 2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  LAWSUIT FOR CONCRETE

Is the claim subject to offset?  ☒ No  ☐ Yes

$185,745.42

---

**3.59**  Nonpriority creditor's name and mailing address
**BIG CITY CRUSHED CONCRETE**
2220 CHEMSEARCH BLVD
SUITE 108
Irving, TX 75062

Date(s) debt was incurred  __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  FOR NOTICE ONLY

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **BUILDERS HOLDING CO., CORP.**
_____
Name
Case number (if known) _____

| | | |
|---|---|---|
| 3.60 | Nonpriority creditor's name and mailing address **BIRKHOFF, HENDRICKS & CART** 119 GREENVILLE AVE. S600 Dallas, TX 75243 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No   ☐ Yes

$0.00

---

| 3.61 | Nonpriority creditor's name and mailing address **BLUE TARP FINANCIAL** P.O. BOX 105525 Atlanta, GA 30348-5525 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No   ☐ Yes

$0.00

---

| 3.62 | Nonpriority creditor's name and mailing address **BLUELINE RENTAL** P.O. BOX 840062 Dallas, TX 75284-0062 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No   ☐ Yes

$0.00

---

| 3.63 | Nonpriority creditor's name and mailing address **BOB HILL** 212 COOPER DR Hurst, TX 76053 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No   ☐ Yes

$0.00

---

| 3.64 | Nonpriority creditor's name and mailing address **BOB WARD JR. EQUIPMENT CO.** 6110 CHIPPEWA DR. Dallas, TX 75212 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
|---|---|---|

Date(s) debt was incurred  **JANUARY TO MARCH 2016**

Last 4 digits of account number __

Basis for the claim:  **EQUIPMENT RENTAL**

Is the claim subject to offset? ☒ No   ☐ Yes

$2,987.70

---

| 3.65 | Nonpriority creditor's name and mailing address **BOBCAT OF FORT WORTH** 2727 E LOOP 820 S. Fort Worth, TX 76119 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No   ☐ Yes

$0.00

---

| 3.66 | Nonpriority creditor's name and mailing address **BRAVO CONTRACTING** 1629 CLARENDON DR Lewisville, TX 75067 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |
|---|---|---|

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No   ☐ Yes

$0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **BUILDERS HOLDING CO., CORP.** Case number (if known) _____

Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BURGESS & NIPLE, INC.**
3950 FOSSIL CREEK BLVD
SUITE 210
Fort Worth, TX 76137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111,979.15 |
|---|---|---|---|

**BUYERS BARRICADES**
P.O. BOX 7498
Fort Worth, TX 76111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **MARCH TO NOVEMBER 2015**

Basis for the claim: **EQUIPMENT RENTAL**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**C & M LEGAL SERVICES, PSC**
P.O. BOX 37
Catano, PR 00963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**C. GREEN SCAPING, LP**
2401 HANDLEY EDERVILLE
Fort Worth, TX 76118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CAMERA MUNDI, INC.**
REPTO INDUSTRIAL CARTAGENA
CARR 1 KM 34.1
Caguas, PR 00725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CANTERA EMILIA**
APARTADO 75
Toa Alta, PR 00954

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CARLOS GUEL**
4924 MARKS PLACE
Fort Worth, TX 76116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**                        Case number *(if known)* _____
          Name

| | | |
|---|---|---|

**3.74** Nonpriority creditor's name and mailing address

**CARTER ENERGY**
P.O. BOX 29106
Mission, KS 66201-1406

Date(s) debt was
incurred **JUNE TO NOVEMBER 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **LAWSUIT FOR FUEL**

Is the claim subject to offset? ☒ No ☐ Yes

$146,361.44

---

**3.75** Nonpriority creditor's name and mailing address

**CASHIER C3 TEXAS WORKFORCE**
P.O. BOX 149037
Austin, TX 78714-9034

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.76** Nonpriority creditor's name and mailing address

**CAT COMMERCIAL ACCOUNT**
P.O. BOX 905229
Charlotte, NC 28290-5229

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.77** Nonpriority creditor's name and mailing address

**CENTERLINE SUPPLY, INC.**
530 JESSE ST.
Grand Prairie, TX 75051-1141

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.78** Nonpriority creditor's name and mailing address

**CENTRO AUTOMOTRIZ MATIAS**
BOX 604
Lares, PR 00669

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.79** Nonpriority creditor's name and mailing address

**CHARTER COMMUNICATIONS**
P.O. BOX 790261
Saint Louis, MO 63179-0261

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.80** Nonpriority creditor's name and mailing address

**CHEM CAN SERVICES, LLC**
16475 DALLAS PARKWAY
SUITE 155
Addison, TX 75001

Date(s) debt was
incurred **SEPTEMBER 2015 TO APRIL 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PORTABLE TOILETS**

Is the claim subject to offset? ☒ No ☐ Yes

$777.49

---

Debtor    **BUILDERS HOLDING CO., CORP.**

Name                                           Case number (if known)

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,846.01

CHICO LIMESTONE, INC.
P.O. BOX 636
Bridgeport, TX 76426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **SEPTEMBER 2015 TO JANUARY 2016**

Basis for the claim: **LAWSUIT FOR CONSTRUCTION MATERIALS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186,517.57

CHOLO'S ON SITE
CALLE JULIO ALVARADO133
URB. FRONTERAS
Bayamon, PR 00961

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **JUNE 2014 TO JULY 2016**

Basis for the claim: **TRAVEL SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

CITY CONCRETE CO.
P.O. BOX 890
Rhome, TX 76078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.19

CITY OF CEDAR HILL
285 UPDOWN BLVD
BUILDING 100
Cedar Hill, TX 75104-3526

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **DECEMBER 2014 TO FEBRUARY 2015**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.09

CITY OF COPPELL
255 PARKWAY BOULEVARD
Coppell, TX 75019-9478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **DECEMBER 2015 TO MARCH 2016**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,253.57

CITY OF FORTH WORTH
1000 THROCKMORTON ST
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **AUGUST 2015 TO JANUARY 2016**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.50

CITY OF LEWISVILLE
P.O. BOX 299002
Lewisville, TX 75029-9002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **NOVEMBER 2014 TO JANUARY 2016**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **BUILDERS HOLDING CO., CORP.**　　　　　　　　　　Case number *(if known)* _____
　　　　Name

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,863.70** |

**3.88** Nonpriority creditor's name and mailing address
**CITY OF MANSFIELD**
**1200 E BROAD ST**
**Mansfield, TX 76063**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,863.70**

Date(s) debt was
incurred __JANUARY TO JUNE 2016__

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address
**CITY OF ROANOKE**
**265 MARSHALL CREEK**
**Roanoke, TX 76262**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,634.50**

Date(s) debt was
incurred __JULY TO DECEMBER 2015__

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address
**CK GROUP, INC.**
**4108 AMON CARTER BLVD**
**SUITE 206**
**Fort Worth, TX 76155**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address
**CLP**
**P.O. BOX 5000**
**Aguada, PR 00602**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,126.04**

Date(s) debt was incurred __2008, 2011__

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address
**CMC COMMERCIAL METALS**
**P.O. BOX 844579**
**Dallas, TX 75284-4579**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$19,155.21**

Date(s) debt was
incurred __OCTOBER 2015 TO JANUARY 2016__

Basis for the claim:  **CONSTRUCTION MATERIALS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address
**CMC CONSTRUCTION SERVICES**
**P.O. BOX 844573**
**Dallas, TX 75284-4573**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,474.60**

Date(s) debt was
incurred __JULY 2015 TO JANUARY 2016__

Basis for the claim:  **CONSTRUCTION MATERIALS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address
**CMR CLAIMS DEPARTMENT**
**P.O. BOX 60553**
**Oklahoma City, OK 73146**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor __BUILDERS HOLDING CO., CORP.__      Case number (if known) _____
      Name

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CNA DEDUCTIBLE RECOVERY**
P.O. BOX 606502
Hermitage, PA 16148-1065

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,826.66 |

**CNA INSURANCE**
P.O. BOX 790094
Saint Louis, MO 63179-0094

Date(s) debt was
incurred __MAY TO OCTOBER 2015__

Last 4 digits of account number __11E4__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __INSURANCE__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,013.18 |

**COLONIAL LIFE**
P.O. BOX 1365
Columbia, SC 29202-1365

Date(s) debt was incurred __DECEMBER 2015 TO FEBRUARY 2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __INSURANCE__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**COMMERCIAL FLEET FINANCING**
1445 MCARTHUR DRIVE
Carrollton, TX 75007

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**COMMERCIAL METALS COMPANY**
P.O. BOX 844573
Dallas, TX 75284-4573

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CONTECH ENGINEERED SOLUTIONS**
2201 W. ROYAL LANE
SUITE 170
Plano, TX 75025

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**CORA & ASSOCIATES, INC.**
10357 YORKMERE CT
Orlando, FL 32817

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**

Name

Case number (if known) _____

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,145.15 |
|---|---|---|---|

**COSERV ELECTRIC**
7701 S. STEMMONS FWY
Denton, TX 76210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _JULY 2015_

Basis for the claim: _UTILITIES_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,893.13 |
|---|---|---|---|

**COWSER TIRE & SERVICE**
1700 NE LOOP 820
Fort Worth, TX 76106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred _JULY TO DECEMBER 2015_

Basis for the claim: _LAWSUIT FOR TIRES_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,090.00 |
|---|---|---|---|

**COWTOWN REDI MIX CONCRETE**
P.O. BOX 162327
Fort Worth, TX 76161

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _NOVEMBER 2015_

Basis for the claim: _CONSTRUCTION MATERIALS_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COWTOWN TRAFFIC CONTROL**
112 JESSAMINE STREET
Fort Worth, TX 76110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _FOR NOTICE ONLY_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRAWFORD ELECTRIC SUPPLY**
10444 N. STEMMONS FREEWAY
Dallas, TX 75220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _FOR NOTICE ONLY_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CRIM**
P.O. BOX 195387
San Juan, PR 00919-5387

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _FOR NOTICE ONLY_
EIN: 66-0735122
EIN: 66-0591654
EIN: 66-0591444

Last 4 digits of account number _5122_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CROSSROADS, LP**
5012 DAVID STRICKLAND RD
Fort Worth, TX 76119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _FOR NOTICE ONLY_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **BUILDERS HOLDING CO., CORP.**
       Name

Case number (if known) _____

| | |
|---|---|
| **3.109** Nonpriority creditor's name and mailing address<br>**CROUCH SAND & GRAVEL**<br>P.O. BOX 977<br>Kennedale, TX 76060<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| **3.110** Nonpriority creditor's name and mailing address<br>**CRUZ MANHOLE**<br>3500 E. McKINNEY APT 6107<br>Denton, TX 76209<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| **3.111** Nonpriority creditor's name and mailing address<br>**CUMMINS SOUTHERN PLAINS**<br>3250 NORTH FREEWAY<br>Fort Worth, TX 76111<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| **3.112** Nonpriority creditor's name and mailing address<br>**DALLAS LITE & BARRICADE, INC.**<br>P.O. BOX 223724<br>Dallas, TX 75222<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| **3.113** Nonpriority creditor's name and mailing address<br>**DATA SURVEY, INC.**<br>P.O. BOX 7772<br>Coamo, PR 00769<br><br>Date(s) debt was incurred **JULY 2016**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$750.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **SURVEY SERVICES**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| **3.114** Nonpriority creditor's name and mailing address<br>**DAVID MOTOR CRANE SERVICE**<br>1212 N. LOOP 12<br>Irving, TX 75061<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |
| **3.115** Nonpriority creditor's name and mailing address<br>**DAVID SENQUIZ**<br>PARQUE LAS HACIENDAS<br>CALLE AYMANIO D-15<br>Caguas, PR 00725<br><br>Date(s) debt was incurred **NOVEMBER TO DECEMBER 2015**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **FOR NOTICE ONLY**<br><br>Is the claim subject to offset? ☒ No ☐ Yes |

Debtor   **BUILDERS HOLDING CO., CORP.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**DAYTON SUPERIOR**
62846 COLLECTIONS CENTER DRIVE
Chicago, IL 60693-0268

☐ Contingent
☐ Unliquidated
☐ Disputed

$289.38

Date(s) debt was incurred **DECEMBER 2014**

Last 4 digits of account number ___

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.117 | Nonpriority creditor's name and mailing address |

**DELTA RIGGING & TOOLS**
1149 W. HURST BLVD
Hurst, TX 76053

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.118 | Nonpriority creditor's name and mailing address |

**DEPARTMENT OF STATE HEALTH**
P.O. BOX 12190
Austin, TX 78711-2190

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.119 | Nonpriority creditor's name and mailing address |

**DESARROLLADORA URBANA LLC**
PMB 93 RR5 BOX 4999
Bayamon, PR 00956-9708

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,895.00

Date(s) debt was incurred **MAY 2016**

Last 4 digits of account number ___

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.120 | Nonpriority creditor's name and mailing address |

**DFW INFRASTRUCTURE, INC.**
P.O BOX 7347
Fort Worth, TX 76111

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,558.75

Date(s) debt was incurred **SEPTEMBER 2015**

Last 4 digits of account number ___

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.121 | Nonpriority creditor's name and mailing address |

**DIVEDCO RENTAL, INC.**
P.O. BOX 2351
Toa Baja, PR 00951-2351

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.122 | Nonpriority creditor's name and mailing address |

**ED'S AUTOMOTIVE MACHINE**
3322 NORTH MAIN STREET
Fort Worth, TX 76106

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **BUILDERS HOLDING CO., CORP.**

Case number (if known) _____

Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EFCO CORP.**
25354 NETWORK PLACE
Chicago, IL 60673-1253

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ELECTROMACK**
CALLE 7 NUM. 22
BRAULIO DUEÑO
Bayamon, PR 00959

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,808.00 |
|---|---|---|---|

**EMJ SERVICES**
301 W PEMBROKE AVE
Dallas, TX 75208

Date(s) debt was incurred **SEPTEMBER 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMPOWER 13 CORP.**
P.O. BOX 56
Catano, PR 00963

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $852.00 |
|---|---|---|---|

**EMPRESAS SS, INC.**
P.O. BOX 9513
Caguas, PR 00726

Date(s) debt was
incurred **FEBRUARY TO APRIL 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ENCO MANUFACTURING, CORP.**
CALLE BALDORIOTY #43
Cidra, PR 00739

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ENDURANCE REINSURANCE CORP OF AMERICA**
750 THIRD AVE FL1819
New York, NY 10017-2703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **BUILDERS HOLDING CO., CORP.**
    Name                                                         Case number (if known)

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,750.01

ENVIRO-AMBIENTAL CORP.
P.O. BOX 194202
San Juan, PR 00919-4202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  AUGUST 2013 TO NOVEMBER 2015

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00

ESC CONSULTANS, INC.
P.O. BOX 691447
San Antonio, TX 78269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  OCTOBER TO DECEMBER 2015

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

EUROBANK
P.O. BOX 191009
San Juan, PR 00919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

EXCEL 4 CONSTRUCTION
5733 HART ST.
Fort Worth, TX 76112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163,213.97

F & R DESIGN GROUP, INC.
HC-30 BOX 34205
San Lorenzo, PR 00754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  JANUARY TO JULY 2016

Basis for the claim:  **BLUEPRINTS DESIGN**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,547.91

FABCO, LLC
13835 BEAUMONT HWY
Houston, TX 77049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  MARCH TO DECEMBER 2015

Basis for the claim:  **CONSTRUCTION MATERIALS**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

FAMILY SUPPORT PAYMENT CENTER
P.O. BOX 109001
Jefferson City, MO 65110-9001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 21 of 61

Debtor   **BUILDERS HOLDING CO., CORP.**

Name

Case number (if known)

| | | |
|---|---|---|
| 3.137 | Nonpriority creditor's name and mailing address | $3,549.13 |

**FELTS HEAVY DUTY OIL, LLC**
2412 CULLEN STREET
Fort Manor, TX 76107

Fort Worth, TX 76107

Date(s) debt was
incurred  **JULY TO DECEMBER 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.138 | Nonpriority creditor's name and mailing address | $0.00 |

**FERGUSON WATERWORKS**
P.O. BOX 847411
Dallas, TX 75284-7411

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.139 | Nonpriority creditor's name and mailing address | $0.00 |

**FERRETERIA BETANCES, INC.**
P.O. BOX 9208
Caguas, PR 00726-9208

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.140 | Nonpriority creditor's name and mailing address | $0.00 |

**FERRETERIA Y AGROCENTRO**
CARR 4494 KM 0.3
BO. MORA GUERRERO
Isabela, PR 00662

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.141 | Nonpriority creditor's name and mailing address | $0.00 |

**FIA CARD SERVICES**
P.O. BOX 15019
Wilmington, DE 19886-5019

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.142 | Nonpriority creditor's name and mailing address | $0.00 |

**FIRST INSURANCE FUNDING**
P.O. BOX 66468
Chicago, IL 60666-0468

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.143 | Nonpriority creditor's name and mailing address | $0.00 |

**FLEXICORE OF TEXAS**
P.O. BOX 450049
Houston, TX 77245

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| Debtor | BUILDERS HOLDING CO., CORP. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.144** Nonpriority creditor's name and mailing address

**FORD AUTO PARTS**
P.O. BOX 3141
Bayamon, PR 00960-3141

Date(s) debt was incurred  **JULY 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **AUTO PARTS**

Is the claim subject to offset?  ☒ No  ☐ Yes

$627.44

---

**3.145** Nonpriority creditor's name and mailing address

**FORTERRA**
P.O. BOX 842481
Dallas, TX 75284-2481

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.146** Nonpriority creditor's name and mailing address

**FORTILINE, INC.**
P.O. BOX 538388
Atlanta, GA 30353-8388

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.147** Nonpriority creditor's name and mailing address

**FORTSON CONTRACTING**
772 FM 1126
Rice, TX 75155

Date(s) debt was incurred  **JULY 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset?  ☒ No  ☐ Yes

$15,421.88

---

**3.148** Nonpriority creditor's name and mailing address

**FT WORTH WELDERS SUPPLY**
501 RIVERSIDE DRIVE
Fort Worth, TX 76111

Date(s) debt was
incurred  **SEPTEMBER 2015 TO JUNE 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset?  ☒ No  ☐ Yes

$348.85

---

**3.149** Nonpriority creditor's name and mailing address

**FUGRO CONSULTANTS, INC.**
P.O. BOX 301083
Dallas, TX 75303-1083

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.150** Nonpriority creditor's name and mailing address

**FULCRO INSURANCE**
P.O. BOX 9024048
San Juan, PR 00902-4048

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **BUILDERS HOLDING CO., CORP.**
Name

Case number (if known) _____

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**FULCRO INSURANCE OF GA, LLC**
**47 PERIMETER CENTER EAST, #100**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,191.32 |

**GALINDO TRUCKING**
**11413 SEAGAVILLE RD**
**Balch Springs, TX 75180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **MARCH 2016**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GAMAR TRADING CORP.**
**1525 PONCE DE LEON AVE.**
**EL CINCO IND PARK**
**San Juan, PR 00926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GEO SHACK**
**1200 RIVERSIDE DRIVE**
**Fort Worth, TX 76111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,706.82 |

**GEOSOLUTIONS, INC.**
**7011 B WEST BEE CAVE ROAD**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **FEBRUARY TO APRIL 2016**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GERDAU DALLAS REINFORCING**
**6440 N. BELT LINE ROAD**
**SUITE 100**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GJ SEEDING, LLC**
**1080 S. BURLESON BLVD**
**Burleson, TX 76028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**   Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $20,605.13 |

**3.158**
Nonpriority creditor's name and mailing address
**GLL CORPORATION**
**5934 HARBOR GLEN DR.**
**Dallas, TX 75249**

Date(s) debt was
incurred __JANUARY 2014 TO OCTOBER 2015__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $20,605.13
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __SERVICES RENDERED__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.159**
Nonpriority creditor's name and mailing address
**GLOBE ENGINEERS, INC.**
**17819 DAVENPORT RD STE 240**
**Dallas, TX 75251**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.160**
Nonpriority creditor's name and mailing address
**GRAINGER**
**P.O. BOX 419267**
**Kansas City, MO 64141-6267**

Date(s) debt was
incurred __NOVEMBER 2014 TO MARCH 2016__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $504.76
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CONSTRUCTION MATERIALS__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161**
Nonpriority creditor's name and mailing address
**GRAVERO PEDRITO GONZALO**
**BO. HATO VIEJO**
**SECT. CALICHE**
**Ciales, PR 00638**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.162**
Nonpriority creditor's name and mailing address
**GREEN SCAPING**
**2401 HANDLEY EDERVILLE RD**
**Fort Worth, TX 76118**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.163**
Nonpriority creditor's name and mailing address
**GREGORY V. BLUME**
**7199 W. 98th TERRACE #130**
**Overland Park, KS 66212**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.164**
Nonpriority creditor's name and mailing address
**GREKORY EQUIPMENT CORP.**
**P.O. BOX 192384**
**San Juan, PR 00919-2394**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **BUILDERS HOLDING CO., CORP.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**GSI HIGHWAY PRODUCTS, INC.**
**720 WEST WINTERGREEN RD**
**Hutchins, TX 75141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **MARCH 2016**

Basis for the claim:  **CONSTRUCTION MATERIALS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**GUILLERMO BURGOS AMARAL**
**P.O. BOX 6496**
**Caguas, PR 00725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **NOV 2015, MAR 2016**

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GURY'S TRUCKING**
**P.O. BOX 225**
**Ciales, PR 00638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GYANT V, LLC**
**P.O. BOX 2182**
**Fort Worth, TX 76113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,699.83 |
|---|---|---|---|

**H & D DISTRIBUTORS**
**3236 IRVING BOULEVARD**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **JUNE 2015 TO APRIL 2016**

Basis for the claim:  **CONSTRUCTION MATERIALS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $0.00 |
|---|---|---|---|

**HALCO SALES, INC.**
**P.O. BOX 4820**
**Carolina, PR 00984-4820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,379.95 |
|---|---|---|---|

**HALFF ASSOCIATES, INC.**
**P.O. BOX 678316**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **LAWSUIT FOR ECOLOGICAL PROTECTION PLAN**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**          Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**3.172**

Nonpriority creditor's name and mailing address

HAMMER & STEEL, INC.
P.O. BOX 66936
Saint Louis, MO 63166-6936

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.173**

Nonpriority creditor's name and mailing address

HANES GEO COMPONENTS
P.O. BOX 60984
Charlotte, NC 28260

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.174**

Nonpriority creditor's name and mailing address

HANOVER INSURANCE GROUP
440 LINCOLN STREET
Worcester, MA 01605

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.175**

Nonpriority creditor's name and mailing address

HANSON
P.O. BOX 842481
Dallas, TX 75284-2481

Date(s) debt was incurred **AUGUST 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset?  ☒ No  ☐ Yes

$17,706.10

---

**3.176**

Nonpriority creditor's name and mailing address

HARLOW FILTER SUPPLY
4843 ALMOND
Dallas, TX 75247

Date(s) debt was incurred **OCTOBER 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset?  ☒ No  ☐ Yes

$102.88

---

**3.177**

Nonpriority creditor's name and mailing address

HAYNES AND BOONE
P.O. BOX 841399
Dallas, TX 75284-1399

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.178**

Nonpriority creditor's name and mailing address

HD SUPPLY CONSTRUCTION
710 FORT WORTH
2037 E LANCASTER
Fort Worth, TX 76103

Date(s) debt was incurred **JULY 2015 TO JUNE 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset?  ☒ No  ☐ Yes

$18,327.94

---

Debtor    BUILDERS HOLDING CO., CORP.                                    Case number (if known) _____
          Name

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**HD SUPPLY WATERWORKS, LT**
P.O. BOX 840700
Dallas, TX 75284-0700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,823.39 |

**HDS WHITE CAP CONST SUPPLY**
P.O. BOX 4852
Orlando, FL 32802-4852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **NOVEMBER 2014**

Basis for the claim: **CONSTRUCTION MATERIALS**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**HERMILIO PINA**
114 MEVIS LN
Dallas, TX 75232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**HERT'S SERVICE, CO.**
P.O. BOX 23
Mansfield, TX 76063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,641.76 |

**HERZOG TRANSIT SERVICES, INC.**
203 N. BRITAIN RD
Irving, TX 75061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **AUGUST 2015**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,965.00 |

**HILL COUNTRY SITE SUPPLY**
P.O. BOX 342468
Austin, TX 78734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **DECEMBER 2015**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $158,659.69 |

**HOLT CAT**
P.O. BOX 911975
Dallas, TX 75391-1975

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **MARCH 2015 TO JULY 2016**

Basis for the claim: **EQUIPMENT RENTAL**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **BUILDERS HOLDING CO., CORP.**                          Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,418.04

**HOME DEPOT**
P.O. BOX 183175
Columbus, OH 43218-3175

Date(s) debt was incurred **SEPTEMBER 2015 TO FEBRUARY 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**HOPPE'S HOT SHOT**
P.O. BOX 14783
Haltom City, TX 76117

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,155.00

**HORTON BUILDING SUPPLY**
514 BISHOP AVENUE
Richardson, TX 75081

Date(s) debt was incurred **MAY 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $394.37

**IDCSERVCO**
P.O. BOX 1925
Culver City, CA 90232-1925

Date(s) debt was incurred **MARCH 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**IDE DISTRIBUTOR CORP.**
CARR 845
URB. FAIRVIEW D-38
San Juan, PR 00926

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**IN THE NEWS**
8517 SUNSTATE ST.
Tampa, FL 33634

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**INEIGHT HARD DOLLAR CORP.**
9977 N. 90th STREET
SUITE 200
Scottsdale, AZ 85258

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **BUILDERS HOLDING CO., CORP.** Case number (if known)
     Name

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INFOSYSTEMS**
9 ACUARELA ST.
URB. MUÑOZ RIVERA
Guaynabo, PR 00969

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025.06 |
|---|---|---|---|

**INNOVATIVE SOIL SOLUTIONS**
P.O. BOX 731843
Dallas, TX 75373-1843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **JANUARY TO MAY 2016**

Basis for the claim: **CONSTRUCTION MATERIALS**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERNAL REVENUE SERVICE**
PO BOX 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **TO NOTICE ONLY:**
EIN: 66-0735122
EIN: 66-0591444

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**INTERNATIONAL DEVELOPMENT**
7900 EAST UNION AVENUE
SUITE 1100
Denver, CO 80237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $0.00 |
|---|---|---|---|

**INTUIT**
110 HIDDEN LAKE CIRCLE
Duncan, SC 29334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,408.93 |
|---|---|---|---|

**IPFS CORPORATION**
P.O. BOX 730223
Dallas, TX 75373-0223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **APRIL 2016**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,808.00 |
|---|---|---|---|

**J & G CONCRETE, LP**
P.O. BOX 974
Waxahachie, TX 75168

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **JUNE TO JULY 2016**

Basis for the claim: **CONSTRUCTION MATERIALS**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **BUILDERS HOLDING CO., CORP.**
Name

Case number (if known) _____

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**J & H TRUCK SERVICE**
2411 GATEWAY DRIVE
Irving, TX 75063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $959.64 |
|---|---|---|---|

**JB STEEL**
1302 S. MALBOROUGH AVE.
Dallas, TX 75208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **AUGUST 2015**

Last 4 digits of account number _____

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $577.50 |
|---|---|---|---|

**JERRY CARRERO**
P.O. BOX 636
Cabo Rojo, PR 00623

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **MAY 2016**

Last 4 digits of account number _____

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JESUS F. GONZALEZ**
4040 KEARBY ST
HALTON CITY, TX 76111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JM TRUCKING**
3265 HARDY ST.
Fort Worth, TX 76106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|---|---|---|---|

**JOHN GARVIN**
214 EDGEWOOD DRIVE
COPELL, TX 76180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **JANUARY 2016**

Last 4 digits of account number _____

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JOHNSON COUNTY FOAM, INC.**
565 AIRPORT DR
Mansfield, TX 76063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number _____

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 31 of 61

Debtor    **BUILDERS HOLDING CO., CORP.**                        Case number *(if known)*
              Name

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $325,873.20 |

**JOHNSON COUNTY PIPE, INC.**
P.O. BOX 203442
Dallas, TX 75320-3442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **JULY TO SEPTEMBER 2015**

Basis for the claim:  **CONSTRUCTION MATERIALS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JOSE B. REYES**
400 SEMINARY RIDGE
Mesquite, TX 75149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JOSE DOLORES SOTO JR**
800 SCHIEFER AVE.
Fort Worth, TX 76110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JOSE G. ORTIZ**
1325 N MUNERY RD
APT 215 D
Irving, TX 75061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,035.00 |

**JOSE L. CUMBAS TORRES**
AVE BARBOSA 121
BOX 37
Catano, PR 00963

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **APRIL TO JULY 2016**

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JUAN A. ARCE COLECIO**
3621 MT. RANIER APT 108
Dallas, TX 75211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**JUAN C. MARTINEZ TAPIA**
3621 MT. RANIER APT 104
Dallas, TX 75211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**
_____   Case number (if known) _____
Name

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |

**JUAN C. PIÑERO**
**URB. CIELO DORADO**
**85 C-CIELO ESMERALDA**
**Vega Alta, PR 00692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **MAR 2016**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JUAN RAMIREZ**
**401 ARCHER AVE.**
**Dallas, TX 75211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JUNIOR'S MANHOLES CO.**
**1236 W FELIX STREET**
**Fort Worth, TX 76115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**JUST ENERGY**
**P.O. BOX 650518**
**Dallas, TX 75265-0518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,903.50 |

**JV CONSTRUCTION**
**26011 FOUNTAINE BLEAU DRIVE**
**Tomball, TX 77377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **JUNE 2016**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $35.25 |

**KAISEN UTILITY CONSTRUCTION**
**HC-02 BOX 5463**
**Comerio, PR 00782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **DEC 2013**

Basis for the claim: **CONSTRUCTION & ENGENEERING SERVICES**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**KDAT, LLC**
**P.O. BOX 200455**
**Arlington, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **BUILDERS HOLDING CO., CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.221** | Nonpriority creditor's name and mailing address
**KIRBY'S RADIATOR SERVICE**
2832 E BELKNAP
Fort Worth, TX 76111

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.222** | Nonpriority creditor's name and mailing address
**KIRBY-SMITH MACHINERY, INC.**
P.O. BOX 270360
Oklahoma City, OK 73137

Date(s) debt was
incurred **JANUARY TO SEPTEMBER 2015**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LAWSUIT FOR HEAVY EQUIPMENT RENTAL &
PARTS SALE**

Is the claim subject to offset? ☒ No ☐ Yes

$29,256.83

---

**3.223** | Nonpriority creditor's name and mailing address
**KLEINFELDER**
P.O. BOX 51958
Los Angeles, CA 90051-6258

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.224** | Nonpriority creditor's name and mailing address
**L.J.L. PUMPING SERVICE, INC.**
P.O. BOX 546
Morovis, PR 00687

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.225** | Nonpriority creditor's name and mailing address
**LA CASA DE LOS TORNILLOS**
P.O. BOX 365047
San Juan, PR 00936-5047

Date(s) debt was incurred  **APR-MAY 2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HARDWARE SUPPLIES**

Is the claim subject to offset? ☒ No ☐ Yes

$277.41

---

**3.226** | Nonpriority creditor's name and mailing address
**LA VID TRANSPORTATION**
4400 COUNTY ROAD 1123
Godley, TX 76044

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.227** | Nonpriority creditor's name and mailing address
**LATTIMORE MATERIAL CORP.**
P.O. BOX 732677
Dallas, TX 75373-2677

Date(s) debt was incurred  **APRIL TO JUNE 2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

$123,497.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor  **BUILDERS HOLDING CO., CORP.**
_____
        Name                                                    Case number (if known) _____

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.228**
Nonpriority creditor's name and mailing address
LEAF
P.O. BOX 644006
Cincinnati, OH 45264-4006

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.229**
Nonpriority creditor's name and mailing address
LEHIGH HANSON HEIDELBERG
15620 COLLECTION CENTER DRIVE
Chicago, IL 60693-0156

Date(s) debt was incurred  __MARCH TO JULY 2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONSTRUCTION MATERIALS**

Is the claim subject to offset?  ☒ No  ☐ Yes

$26,077.61

---

**3.230**
Nonpriority creditor's name and mailing address
LHOIST NORTH AMERICA
801 N. 16th STREET
La Porte, TX 77571

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.231**
Nonpriority creditor's name and mailing address
LINDE GAS PR INC.
P.O. Box 71491
San Juan, PR 00936-1491

Date(s) debt was incurred  __JULY 2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **GAS**

Is the claim subject to offset?  ☒ No  ☐ Yes

$180.43

---

**3.232**
Nonpriority creditor's name and mailing address
LONGHORN, INC.
P.O. BOX 59929
Dallas, TX 75229

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.233**
Nonpriority creditor's name and mailing address
LOURDES M. AVILES RODRIGUEZ
LOS DOMINICOS A-29
CALLE SANTO TOMAS DE AQUINO
Bayamon, PR 00957

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.234**
Nonpriority creditor's name and mailing address
LUBRICATION ENGINEERS, INC.
P.O. BOX 16025
Wichita, KS 67216

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

Debtor   **BUILDERS HOLDING CO., CORP.**

Name                                                                    Case number (if known)

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.00 |
|---|---|---|---|

**M.G. BRYAN EQUIPMENT**
**1906 S. GREAT SOUTHWEST PKWY**
**Grand Prairie, TX 75051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  NOVEMBER 2015

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,215.97 |
|---|---|---|---|

**MADERERA DON ESTEVEZ**
**P.O. BOX 29228**
**San Juan, PR 00929-0228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  AUGUST 2016

Basis for the claim:  **CONSTRUCTION MATERIALS**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,593.00 |
|---|---|---|---|

**MAGNUM MANHOLES**
**P.O. BOX 1002**
**Garland, TX 75046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  FEBRUARY TO MAY 2015

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,490.27 |
|---|---|---|---|

**MAPFRE LIFE INSURANCE COMPANY**
**P.O. BOX 70297**
**San Juan, PR 00936-8297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  FROM JAN-APR 2016

Basis for the claim:  **INSURANCE**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARCOS CALDERON**
**CALLE 13 AR-7**
**URB. ALMIRA**
**Toa Baja, PR 00949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARK SHIH**
**P.O. BOX 2166**
**Addison, TX 75001-2166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MARTIN AC & ELECTRICAL**
**P.O. BOX 546**
**Tolar, TX 76476-0546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **BUILDERS HOLDING CO., CORP.**                                Case number *(if known)* _____
            <sub>Name</sub>

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MARTIN MARIETTA**
P.O. BOX 30013
Raleigh, NC 27622-0013

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MARTIN ROSA**
3604 FRAZIER AVE.
Fort Worth, TX 76110

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.35 |

**MATERIALS MANAGEMENT, INC.**
2411 GATEWAY DRAIVE
SUITE 115
Irving, TX 75063

Date(s) debt was incurred **SEPTEMBER 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MAX MANUEL BEJARANO**
9031 PINEWOOD DR
Dallas, TX 75243

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $0.00 |

**MAXIM**
LOCKBOX #774389
4389 SOLUTIONS CENTER
Chicago, IL 60677-4003

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,009.46 |

**MEL'S ELECTRIC , LP**
P.O. BOX 40
Wilmer, TX 75172-0040

Date(s) debt was
incurred **APRIL 2015 TO JULY 2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,850.00 |

**MERIT PROFESSIONAL SERVICE**
P.O. BOX 271712
FLOWER MOUNG, TX 76053

Date(s) debt was incurred **APRIL 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   __BUILDERS HOLDING CO., CORP.__                              Case number (if known) _____
     Name

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

METROPLEX SAND & GRAVEL
P.O. BOX 185219
Fort Worth, TX 76181-0219

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __FOR NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132.67**

METROPOLITAN LUMBER & HARDWARE,
INC.
P.O. BOX 195579
San Juan, PR 00919-5579

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __APR 2016__

Basis for the claim: __CONSTRUCTION MATERIALS__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

MF SOLUTIONS CORP.
P.O. BOX 10174
San Juan, PR 00908-0174

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __FOR NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$0.00**

MGO TRUCK SERVICES
301 W PEMBROKER AVE.
Dallas, TX 75208

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

Basis for the claim: __FOR NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.253** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,613.94**

MIDCO SLING & CABLE CO.
9101 W. CARPENTER FRWY
Dallas, TX 75247

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __NOVEMBER 2014 TO
NOVEMBER 2015__

Basis for the claim: __CONSTRUCTION MATERIALS__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.254** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,173.68**

MIGUEL A. DIAZ VALLELLANES

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __MARCH & JULY 2016__

Basis for the claim: __SERVICES RENDERED__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.255** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,173.68**

MIGUEL A. DIAZ VALLELLANES
EXT LA MILAGROSA
Q13 CALLE 4
Bayamon, PR 00959

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __MARCH TO JULY 2016__

Basis for the claim: __SERVICES RENDERED__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **BUILDERS HOLDING CO., CORP.**
Name

Case number *(if known)*

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MILLENIUM SIGNS**
**SECTOR EL CINCO**
**#1535 PONCE DE LEON AVE.**
**San Juan, PR 00926**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MILLICAN WELL SERVICE**
**P.O. BOX 820487**
**Fort Worth, TX 76112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,676.00 |

**MOBILE PAINT**
**P.O. BOX 717**
**Theodore, AL 36590**

Date(s) debt was incurred  **MAR 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PAINTS MATERIALS**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,300.71 |

**MOCOROA & CASTELLANO, INC.**
**P.O. BOX 1119**
**Guaynabo, PR 00970-1119**

Date(s) debt was incurred  **MAY 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PLUVIAL DRAINAGE**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,115.91 |

**MODULAR SPACE CORP**
**12603 COLLECTIONS CENTER DRIVE**
**Chicago, IL 60693-0126**

Date(s) debt was
incurred  **JANUARY 2015 TO JULY 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MOBILE RENTALS**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**MUNICIPALITY OF GURABO**
**P.O. BOX 3020**
**Gurabo, PR 00778-3020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NATIONAL LIFE INSURANCE CO.**
**P.O. BOX 366107**
**San Juan, PR 00936-6107**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **BUILDERS HOLDING CO., CORP.**
Name

Case number (if known)

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,825.59 |

**NATIONAL TRENCH SAFETY**
P.O. BOX 750963
Houston, TX 77075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred __AUGUST TO DECEMBER 2015__

Basis for the claim: __EQUIPMENT RENTAL__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NCS REDI MIX CONCRETE**
P.O. BOX 185104
Fort Worth, TX 76181

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __FOR NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NCTCOG**
P.O. BOX 5888
Arlington, TX 76005-5888

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __FOR NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NEENAH FOUNDRY COMPANY**
P.O. BOX 729
Neenah, WI 54957-0729

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __FOR NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,399.45 |

**NEFF RENTAL, LLC**
P.O. BOX 405138
Atlanta, GA 30384-5138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred __OCTOBER TO NOVEMBER 2015__

Basis for the claim: __EQUIPMENT RENTAL__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**NEMESIO MIYAR**
**PLAZA CAROLINA STATION**
P.O. BOX 9532
Carolina, PR 00988-9532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __FOR NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,329.00 |

**NEW HOPE L.M. LLC**
2726 BLYTH DR.
Dallas, TX 75228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __JUNE TO JULY 2016__

Basis for the claim: __SERVICES RENDERED__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **BUILDERS HOLDING CO., CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

NIXON JACK HUBBARD
14241 PARKWAY
SUITE 575
Dallas, TX 75254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,380.00**

NORCO MANUFACTURING CORP.
P.O. BOX 246
Franksville, WI 53126-0246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JAN 2015**

Basis for the claim: **INDUSTRIAL DOOR SYSTEM**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,437.10**

NORTH TEXAS LANDSCAPING
109 PRIVATE RD 4843
Haslet, TX 76052

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **OCTOBER 2015**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,926.79**

NORTH TEXAS TRUCKING, INC.
P.O. BOX 542842
Dallas, TX 75354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **AUGUST TO DECEMBER 2015**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,788.89**

NOVA HEALTHCARE, PA
P.O. BOX 1299
Spring, TX 77373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **APRIL 2015 TO FEBRUARY 2016**

Basis for the claim: **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$1,739.03**

NOVACOPY, INC.
P.O. BOX 372
DEPARTMENT 200
Memphis, TN 38101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **SEPTEMBER 2015 TO JUNE 2016**

Basis for the claim: **OFFICE SUPPLIES & EQUIPMENT**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

NU WAY CONCRETE PUMPING
2864 TINSLEY LANE
Fort Worth, TX 76179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**
     Name

Case number (if known)

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,639.03 |

**O'ROURKE PETROLEUM**
P.O. BOX 301150
Dallas, TX 75303-1150

Date(s) debt was incurred   **JUNE 2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **LUBRICANTS AND FUELS**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ODUM SERVICES, LP**
6555 HARRIS LAKE RD.
Marshall, TX 75672

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE ONLY**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $413.73 |

**OGBURN'S TRUCK PARTS**
P.O. BOX 4630
Fort Worth, TX 76164-0630

Date(s) debt was
incurred   **AUGUST TO OCTOBER 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **TRUCK PARTS**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**OLDCASTLE PRECAST, INC.**
P.O. BOX 742387
Los Angeles, CA 90074-2387

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE ONLY**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ORTIZ & ORTIZ TRUCKING, INC.**
HC-06 BOX 4697
Coto Laurel, PR 00780

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE ONLY**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**PAISANO REDI MIX**
1652 HICKS FIELD RD. E
Fort Worth, TX 76179

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE ONLY**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**PARTNERING FOR SUCCESS**
4760 PRESTON ROAD #244-364
Frisco, TX 75034

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **FOR NOTICE ONLY**

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**                                     Case number (if known) _____
Name

---

**3.284** | Nonpriority creditor's name and mailing address
PAVESTONE, LLC
P.O. BOX 930134
Atlanta, GA 31193-0134

Date(s) debt was incurred  OCTOBER 2015

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset? ☒ No  ☐ Yes

$763.75

---

**3.285** | Nonpriority creditor's name and mailing address
PEMCO
P.O. BOX 21420
San Juan, PR 00928-1420

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.286** | Nonpriority creditor's name and mailing address
PIONEER LONGHORN CONCRETE
3485 ROY ORR BLVD
Grand Prairie, TX 75050-4210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.287** | Nonpriority creditor's name and mailing address
PONCE LAWN SERVICES, INC.
PMB 195/609
TITO CASTRO AVE. SUITE 102
Ponce, PR 00716

Date(s) debt was incurred  JULY 2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset? ☒ No  ☐ Yes

$1,200.83

---

**3.288** | Nonpriority creditor's name and mailing address
POT-O-GOLD
15634 WALLISVILLE ROAD
SUITE 800-336
Houston, TX 77049

Date(s) debt was
incurred  AUGUST 2015 TO FEBRUARY 2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PORTABLE TOILETS AND DUMPSTERS**

Is the claim subject to offset? ☒ No  ☐ Yes

$2,028.28

---

**3.289** | Nonpriority creditor's name and mailing address
POWER PRECAST PRODUCT CORP.
P.O. BOX 1707
Rio Grande, PR 00745-1707

Date(s) debt was incurred  FEB 2016

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PREFAB CONCRETE**

Is the claim subject to offset? ☒ No  ☐ Yes

$2,943.60

---

**3.290** | Nonpriority creditor's name and mailing address
PR DEPARTMENT OF LABOR
P.O. BOX 195540
San Juan, PR 00919-5540

Date(s) debt was incurred _

Last 4 digits of account number  5122

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**
EIN: 66-0735122
EIN: 66-0591654
EIN: 66-0591444

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                         Page 43 of 61

Debtor  **BUILDERS HOLDING CO., CORP.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**PR DEPARTMENT OF TREASURY**
P.O. BOX 924140
San Juan, PR 00902

Date(s) debt was incurred __

Last 4 digits of account number  5122

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**
**EIN: 66-0735122**
**EIN: 66-0591654**
**EIN: 66-0591444**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.292 | Nonpriority creditor's name and mailing address | $593.95 |

**PRO BATTERY**
1019 NORTH HENDERSON ST
SUITE 109
Fort Worth, TX 76107

Date(s) debt was incurred  **SEPTEMBER 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **BATTERIES SUPPLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.293 | Nonpriority creditor's name and mailing address | $0.00 |

**PROFESSIONAL INLINE SERVICE**
P.O. BOX 118095
Carrollton, TX 75011

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.294 | Nonpriority creditor's name and mailing address | $0.00 |

**PROGRESSIVE COUNTY MUTUAL**
P.O. BOX 105428
Atlanta, GA 30348-5428

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.295 | Nonpriority creditor's name and mailing address | $149.80 |

**PROGRESSIVE WASTE SOLUTIONS**
FORTH WOTH DISTRICT
P.O. BOX 162479
Fort Worth, TX 76161

Date(s) debt was incurred  **MARCH 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WASTE MANAGEMENT**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.296 | Nonpriority creditor's name and mailing address | $0.00 |

**PROJECT COMPLIANCE, LLC**
P.O. BOX 16406
Fort Worth, TX 76162-2406

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| | |
|---|---|
| 3.297 | Nonpriority creditor's name and mailing address | $84.73 |

**PRTC / CLARO**
P.O. BOX 70366
San Juan, PR 00936-8366

Date(s) debt was incurred  **APR 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TELEPHONE SERVICES**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor  **BUILDERS HOLDING CO., CORP.**
    Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     $0.00 |

**PUERTO RICO HYDRAULIC SUPPLIES**
P.O. BOX 1265
Gurabo, PR 00778

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply*     $1,768.00 |

**PUERTO RICO WIRE PRODUCTS**
P.O. BOX 363167
San Juan, PR 00936-3167

Date(s) debt was incurred  **JUNE 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ELECTRICAL MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     $0.00 |

**R & F ASPHALT UNLIMITED, INC.**
P.O. BOX 801028
Coto Laurel, PR 00780-1028

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     $130.70 |

**R.B. EVERETT & CO.**
P.O. BOX 7300
Pasadena, TX 77508

Date(s) debt was incurred  **JUNE 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **EQUIPMENT RENTAL**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     $0.00 |

**RAILROAD COMMISSION OF TEXAS**
P.O. BOX 12967
Austin, TX 78711-2967

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     $383.75 |

**RAM JACK DEL CARIBE**
325 CALLE COLL Y TOSTE
San Juan, PR 00918

Date(s) debt was incurred  **JUL 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOUNDATION ENGINEERING**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     $111,521.71 |

**RAM TOOL**
P.O. BOX 743487
Atlanta, GA 30374-3487

Date(s) debt was
incurred  **FEBRUARY TO JUNE 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **BUILDERS HOLDING CO., CORP.** | Case number (if known) | |
|--------|-------------------|---------|---|
| | Name | | |

---

**3.305** | Nonpriority creditor's name and mailing address
**RDO EQUIPMENT**
5301 MARK IV PARKWAY
Fort Worth, TX 76131

Date(s) debt was
incurred **FEBRUARY TO APRIL 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **EQUIPMENT RENTAL**

Is the claim subject to offset? ☒ No ☐ Yes

$275.35

---

**3.306** | Nonpriority creditor's name and mailing address
**RDO TRUST #80-5800**
P.O. BOX 760
Fargo, ND 58106-7160

Date(s) debt was
incurred **FEBRUARY TO JULY 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

$655.56

---

**3.307** | Nonpriority creditor's name and mailing address
**READY MIX CONCRETE**
331 N MAIN STREET
Euless, TX 76039

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.308** | Nonpriority creditor's name and mailing address
**REDI-MIX CONCRETE**
P.O. BOX 844425
Dallas, TX 75284-4425

Date(s) debt was incurred **APRIL TO JULY 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

$229,310.91

---

**3.309** | Nonpriority creditor's name and mailing address
**RENE ORTIZ**
211 E. DAVIS ST.
Dallas, TX 75203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.310** | Nonpriority creditor's name and mailing address
**RENTAL ONE**
P.O. BOX 489
Colleyville, TX 76034

Date(s) debt was incurred **MARCH TO JUNE 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **EQUIPMENT RENTAL**

Is the claim subject to offset? ☒ No ☐ Yes

$8,321.36

---

**3.311** | Nonpriority creditor's name and mailing address
**REPUBLIC SERVICES**
P.O. BOX 78829
Phoenix, AZ 85062-8829

Date(s) debt was
incurred **AUGUST TO OCTOBER 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **WASTE MANAGEMENT**

Is the claim subject to offset? ☒ No ☐ Yes

$2,429.75

---

Debtor   **BUILDERS HOLDING CO., CORP.**
_____
Name

Case number (if known) _____

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,870.30 |

**REYNOLDS ASPHALT & CONST**
P.O. BOX 370
Euless, TX 76039

Date(s) debt was
incurred **JULY TO NOVEMBER 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RIMCO**
P.O. BOX 362529
San Juan, PR 00936-2529

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.36 |

**RINKER MATERIALS**
P.O. BOX 730197
Dallas, TX 75373-0197

Date(s) debt was incurred **FEBRUARY 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,468.00 |

**RIVERA COLON & CO. PSC**
CENTRO INT DE MERCADEO
TORRE 1 SUITE 701
Guaynabo, PR 00968

Date(s) debt was
incurred **JULY TO AUGUST 2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ROAD MACHINERY & SUPPLIES**
P.O. BOX 86
Minneapolis, MN 55486-0749

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,253.00 |

**ROAD MASTER STRIPING, LLC**
1301 SE McKENNEY
Rice, TX 75155

Date(s) debt was incurred **DECEMBER 2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ROCKING RANCH SUPPLY**
1600 PARKER RD
Carrollton, TX 75010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **BUILDERS HOLDING CO., CORP.**                              Case number *(if known)* _____
             Name

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,704.85 |
|---|---|---|---|

**RODRIGUEZ READY MIX**
P.O. BOX 1239
Hormigueros, PR 00660

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was
incurred **FROM MAR TO JULY 2016**

Basis for the claim:  **CONSTRUCTION MATERIALS**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,592.19 |
|---|---|---|---|

**ROMCO EQUIPMENT CO.**
P.O. BOX 560248
Dallas, TX 75356-0248

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was
incurred **DECEMBER 2015 TO JANUARY 2016**

Basis for the claim:  **EQUIPMENT RENTAL**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,725.77 |
|---|---|---|---|

**RON WRIGHT TAX ASSESOR**
P.O. BOX 961018
Fort Worth, TX 76161-0018

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **NOVEMBER 2015**

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RONE ENGINEERING**
P.O. BOX 226956
Dallas, TX 75222

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROSS TECHNOLOGY, CORP.**
BOX 646-98 E. MAIN ST
Leola, PA 17540

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ROTTO DIESEL**
1327 AVE. F.D. ROOSEVELT
San Juan, PR 00920

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.92 |
|---|---|---|---|

**RR TECHNOLOGY GROUP**
P.O. BOX 367924
San Juan, PR 00936-7924

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **APR-MAY 2016**

Basis for the claim:  **SOIL TESTING**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor  **BUILDERS HOLDING CO., CORP.**
     Name                                 Case number (if known)

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $0.00 |

**RUBBER & GASKET CO. OF PR**
**381 ANGEL BOUNOMO ST**
**San Juan, PR 00918-1308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $0.00 |

**RUBBER & PLASTIC SPECIALTIES**
**P.O. BOX 3908**
**Guaynabo, PR 00970-3908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $950.00 |

**RUBEALCABA ENTERPRISES, INC.**
**P.O. BOX 210798**
**Dallas, TX 75211-0798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **MARCH 2015**

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $0.00 |

**S & M TESTING LABORATORY**
**P.O. BOX 193145**
**San Juan, PR 00919-3145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $0.00 |

**SAFETY ROUTE**
**HC 2 BOX 25520**
**San Sebastian, PR 00685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $0.00 |

**SAGE SOFTWARE, INC.**
**14855 COLLECTIONS CENTER DR.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $342.35 |

**SALUSTIANO SOTO SANTOS**
**HC-01 BOX 1986**
**Morovis, PR 00687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **APR 2016**

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor **BUILDERS HOLDING CO., CORP.**      Case number (if known) _____

_____
Name

| | |
|---|---|
| 3.333 | **Nonpriority creditor's name and mailing address** |

**SECRETARY OF STATE**
P.O. BOX 13697
Austin, TX 78711-3697

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address** |

**SELECT ENVIRONMENTAL**
P.O. BOX 732711
Dallas, TX 75373-2711

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.335 | **Nonpriority creditor's name and mailing address** |

**SHERWIN WILLIAMS**
2506 FLORENCE
Dallas, TX 75204

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.336 | **Nonpriority creditor's name and mailing address** |

**SI PRECAST CONCRETE**
5203 IH 45 NORTH
Ennis, TX 75119

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.337 | **Nonpriority creditor's name and mailing address** |

**SIGNATURE CONTRACTING SERVICE**
1510 JELMARK
Grand Prairie, TX 75050

Date(s) debt was incurred _____

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.338 | **Nonpriority creditor's name and mailing address** |

**SILVER CREEK MATERIAL**
P.O. BOX 150665
Fort Worth, TX 76108

Date(s) debt was
incurred OCTOBER 2015 TO JANUARY 2016

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $10,465.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| | |
|---|---|
| 3.339 | **Nonpriority creditor's name and mailing address** |

**SIX & MANGO EQUIPMENT**
P.O. BOX 1269
Frisco, TX 75034

Date(s) debt was
incurred JULY 2015 TO JANUARY 2016

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.        $106,719.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **LAWSUIT FOR CONSTRUCTION EQUIPMENT RENTAL**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**

| | |
|---|---|
| Name | Case number (if known) |

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,500.00 |

**SOLMARIE COLON ORTIZ**
HC-71 BOX 7089
Cayey, PR 00736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __APR 2016__

Last 4 digits of account number __

Basis for the claim: __SERVICES RENDERED__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SOLTERO TRANSPORT, INC.**
45-A PARABUEYON STREET
Cabo Rojo, PR 00623-3109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SOUTHERN SAFETY & SUPPLY**
365 TAFT VINELAND RD STE 100
Orlando, FL 32824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,253.55 |

**SOUTHWEST CONSTRUCTION**
11430 NEWKIRK STREET
Dallas, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred __OCTOBER 2015 TO FEBRUARY 2016__

Last 4 digits of account number __

Basis for the claim: __SERVICES RENDERED__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.44 |

**ST. MARYS NETWORK DISPENSARY**
1661 N. SWAN RD
SUITE 140
Tucson, AZ 85712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __OCTOBER 2015__

Last 4 digits of account number __

Basis for the claim: __SERVICES RENDERED__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,640.11 |

**STAR TRACTOR, LTD**
P.O. BOX 163705
Fort Worth, TX 76161-3705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __JULY 2016__

Last 4 digits of account number __

Basis for the claim: __EQUIPMENT RENTAL__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $0.00 |

**STARTEX POWER**
P.O. BOX 650827
Dallas, TX 75265-0827

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __FOR NOTICE ONLY__

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **BUILDERS HOLDING CO., CORP.**                     Case number (if known)
_____
Name

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.347**   Nonpriority creditor's name and mailing address
STATE INSURANCE FUND
C/O WALLY DE LA ROSA VIDAL, ESQ.
PO BOX 365028
San Juan, PR 00936-5028

Date(s) debt was incurred __

Last 4 digits of account number  5122

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**
EIN: 66-0735122
EIN: 66-0591654
EIN: 66-0591444

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.348**   Nonpriority creditor's name and mailing address
STEEL AND PIPES, INC.
P.O. BOX 5309
Caguas, PR 00726-5309

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.349**   Nonpriority creditor's name and mailing address
STEEL SERVICES & SUPPLIES INC.
P.O. BOX 2528
Toa Baja, PR 00951-2663

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.350**   Nonpriority creditor's name and mailing address
STONE RIVER-PHARMACY SOLUTIONS
P.O. BOX 504591
Saint Louis, MO 63150-4591

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.351**   Nonpriority creditor's name and mailing address
STUART HOSE AND PIPE COMPANY
701 RIVERSIDE DRIVE
Fort Worth, TX 76111

Date(s) debt was incurred  OCTOBER TO DECEMBER 2015

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

$1,913.25

---

**3.352**   Nonpriority creditor's name and mailing address
SU TIENDA MOPAR
P.O. BOX 365044
San Juan, PR 00936-6044

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.353**   Nonpriority creditor's name and mailing address
SUNBELT RENTAL, INC.
P.O. BOX 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred  NOVEMBER 2015 TO JUNE 2016

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EQUIPMENT RENTAL**

Is the claim subject to offset? ☒ No ☐ Yes

$27,194.93

---

Debtor   **BUILDERS HOLDING CO., CORP.**                                      Case number (if known) _____

Name

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,071.96 |

**SUNDANCE FENCE & IRON**
5400 KENNEDALE ST.
Fort Worth, TX 76140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **MAY 2016**

Basis for the claim:  **ORNAMENTAL IRON PRODUCTS**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,941.20 |

**SUPER ASPHALT**
P.O. BOX 1849
Guaynabo, PR 00970-1849

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **FROM MAR 2009 TO JAN 2016**

Basis for the claim:  **ASPHALT**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184.65 |

**SUPER AUTOMOTIVE PRODUCTS, INC.**
P.O. BOX 70250
Bayamon, PR 00956-7250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **FEBRUARY 2016**

Basis for the claim:  **AUTO PARTS**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SUPPLY DEPOT**
P.O. BOX 489
Colleyville, TX 76034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $825.00 |

**SURVEYING AND MAPPING, LLC**
4801 SOUTHWEST PARKWAY
SUITE 100
Austin, TX 78735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **OCTOBER 2015**

Basis for the claim:  **SERVICES RENDERED**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SW HORIZONTAL DRILLING**
4720 FREEMAN DR.
Fort Worth, TX 76140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SW RODEO TRUCKING INC.**
P.O. BOX 1331
Shawnee, OK 74802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **FOR NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**   Case number (if known) _____
     Name

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.25 |

**SYSTRONICS**
P.O. BOX 194030
San Juan, PR 00919-4030

Date(s) debt was incurred **MAR-APR 2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **COMPUTERS AND PRINTERS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TARANGO TRUCKING, LLC**
P.O. BOX 177786
Irving, TX 75017-7786

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TARRANT APPRAISAL DISTRICT**
P.O. BOX 185519
Fort Worth, TX 76181-0519

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,532.94 |

**TARRANT COUNTY TAX OFFICE**
100 E. WEATHERFORD
Fort Worth, TX 76196

Date(s) debt was incurred **YEAR 2015**

Last 4 digits of account number **3237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INTEREST AND PENALTY ON PERSONAL
PROPERTY TANGIBLE COMMERCIAL TAXES**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,803.50 |

**TEXAS BOMANITE**
11107 MORRISON LANE
Dallas, TX 75229

Date(s) debt was incurred **FEBRUARY 2016**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TEXAS CHILD SUPPORT**
P.O. BOX 659791
San Antonio, TX 78265-9791

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**TEXAS COMPTROLLER**
P.O. BOX 149348
Austin, TX 78714-9348

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**
    Name
                                             Case number (if known)

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TEXAS ENVIRONMENTAL MANAGEMENT**
P.O. BOX 369
Justin, TX 76247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,958.40 |

**TEXAS SAND & GRAVEL**
P.O. BOX 2158
Hurst, TX 76053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **DECEMBER 2015 TO JANUARY 2016**
Last 4 digits of account number __

Basis for the claim: **CONSTRUCTION MATERIALS**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TEXAS SDU**
P.O. BOX 659791
San Antonio, TX 78265-9791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $0.00 |

**TEXAS WATER PRODUCTS, INC.**
P.O. BOX 8543
Fort Worth, TX 76124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**TEXAS WORK FORCE COMMISSION**
BOX 591
Fort Worth, TX 76101-0591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,425.64 |

**THE BRICKMAN GROUP LTD, LLC**
1252 W. DOVE RD
Southlake, TX 76092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **MAY 2016**
Last 4 digits of account number __

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**THE HANOVER INSURANCE CORP.**
P.O. BOX 580045
Charlotte, NC 28258-0045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **BUILDERS HOLDING CO., CORP.** Case number (if known) ................
     Name

| | | |
|---|---|---|
| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    $243.93 |

**3.375**   Nonpriority creditor's name and mailing address

THE TOWN OF FLOWER MOUND
2121 CROS TIMBERS ROAD
Flower Mound, TX 75028

Date(s) debt was incurred **JANUARY 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

$243.93

---

**3.376**   Nonpriority creditor's name and mailing address

THM-TOTAL HIGHWAY MAINTENANCE LLC
930 KCK WAY
Cedar Hill, TX 75104

Date(s) debt was
incurred **SEPTEMBER 2015 TO APRIL 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERVICES RENDERED**

Is the claim subject to offset? ☒ No ☐ Yes

$14,741.88

---

**3.377**   Nonpriority creditor's name and mailing address

TRAILER BRIDGE, INC.
P.O. BOX 861623
Orlando, FL 32886-1623

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.378**   Nonpriority creditor's name and mailing address

TRANSAMERICA PREMIER LIFE INS
PAYMENT PROCESSING CENTER
DEPARTMENT 35
Denver, CO 80281-0035

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.379**   Nonpriority creditor's name and mailing address

TRANSPORTE RODRIGUEZ ASFALTO
P.O. BOX 1239
Hormigueros, PR 00660

Date(s) debt was
incurred **FROM FEB TO APR 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ASPHALT**

Is the claim subject to offset? ☒ No ☐ Yes

$2,214.39

---

**3.380**   Nonpriority creditor's name and mailing address

TRAPP ONLINE, LLC
7360 E. ACOMA RD #2
Scottsdale, AZ 85260

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.381**   Nonpriority creditor's name and mailing address

TRAVELERS CL REMITTANCE
P.O. BOX 660317
Dallas, TX 75266-0317

Date(s) debt was
incurred **JANUARY TO MARCH 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **INSURANCE**

Is the claim subject to offset? ☒ No ☐ Yes

$3,879.18

---

| Debtor | **BUILDERS HOLDING CO., CORP.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.382** Nonpriority creditor's name and mailing address
**TRIPLE - S VIDA**
P.O. BOX 363786
San Juan, PR 00936-3786

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.383** Nonpriority creditor's name and mailing address
**TRIPLE-S INSURANCE AGENCY**
P.O. BOX 72008
San Juan, PR 00936-7708

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.384** Nonpriority creditor's name and mailing address
**TRIUMPH SAVINGS BANK**
P.O. BOX 1030
Bettendorf, IA 52722

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.385** Nonpriority creditor's name and mailing address
**TROPICAL WORKS**
F-4 WASHINGTON PARKVILLE
Guaynabo, PR 00969

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.386** Nonpriority creditor's name and mailing address
**TRUCK PRO**
P.O. BOX 905044
Charlotte, NC 28290-5044

Date(s) debt was
incurred **JULY 2015 TO JANUARY 2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $1,359.86
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **TRUCK PARTS**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.387** Nonpriority creditor's name and mailing address
**TURABO TESTING INC.**
P.O. BOX 6705
Caguas, PR 00726-6705

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.388** Nonpriority creditor's name and mailing address
**TXI OPERATIONS, LP**
P.O. BOX 840300
Dallas, TX 75284-0300

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**
    Name                                                 Case number (if known)

---

**3.389** | Nonpriority creditor's name and mailing address
**TXU ENERGY**
P.O. BOX 650638
Dallas, TX 75265-0638

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.390** | Nonpriority creditor's name and mailing address
**U.S. LIME COMPANY**
P.O. BOX 201752
Dallas, TX 75320-1752

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.391** | Nonpriority creditor's name and mailing address
**U.S. SHORING & EQUIPMENT**
11070 S. PIPELINE ROAD
Euless, TX 76040-6638

Date(s) debt was
incurred **FEBRUARY TO MAY 2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **EQUIPMENT RENTAL**

Is the claim subject to offset? ☒ No ☐ Yes

$8,671.47

---

**3.392** | Nonpriority creditor's name and mailing address
**UNITED RENTALS**
P.O. BOX 700711
Atlanta, GA 30384-0711

Date(s) debt was
incurred **AUGUST 2015 TO JANUARY 2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **EQUIPMENT RENTAL**

Is the claim subject to offset? ☐ No ☐ Yes

$86,011.70

---

**3.393** | Nonpriority creditor's name and mailing address
**UNITED SITE SERVICES**
P.O. BOX 5502
Binghamton, NY 13902-5502

Date(s) debt was
incurred **JULY 2015 TO JULY 2016**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PORTABLE TOILETS**

Is the claim subject to offset? ☐ No ☐ Yes

$8,581.34

---

**3.394** | Nonpriority creditor's name and mailing address
**UNIVERSAL FINANCE, INC.**
P.O. BOX 71493
San Juan, PR 00936-8593

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.395** | Nonpriority creditor's name and mailing address
**UNLIMITED TRUCKING**
5800 OLD HEMPHILL RD
Fort Worth, TX 76134

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE ONLY**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor  **BUILDERS HOLDING CO., CORP.** _____   _____
　　　　　　　Name　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known)

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VALCARCE CORP.**
2139 WETS 60th STREET
Hialeah, FL 33016

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VANGUARD CARIBE, INV**
HC-03 BOX 12603
Penuelas, PR 00624

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,187.46 |
|---|---|---|---|

**VERIZON C/O CMR CLAIMS DEPT**
P.O. BOX 60553
Oklahoma City, OK 73146

Date(s) debt was
incurred **JANUARY TO DECEMBER 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,340.00 |
|---|---|---|---|

**VICTOR E. RIVERA ASSOCIATES, INC.**
P.O. BOX 32198
Ponce, PR 00732-2198

Date(s) debt was
incurred **FROM MAR TO MAY 2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SOIL SURVEY**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VICTOR GUEL**
1200 W FELIX ST
Fort Worth, TX 76115

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,550.00 |
|---|---|---|---|

**VICTOR S. VARGAS**
1288 N. BAGLEY STREET
Dallas, TX 75211

Date(s) debt was incurred **APRIL 2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,817.96 |
|---|---|---|---|

**VULCAN**
P.O. BOX 849131
Dallas, TX 75284-9131

Date(s) debt was
incurred **FEBRUARY TO SEPTEMBER 2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CONSTRUCTION MATERIALS**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor   **BUILDERS HOLDING CO., CORP.**

Name

Case number (if known)

---

**3.403** Nonpriority creditor's name and mailing address

**W.O.E. CONSTRUCTION, INC.**
**941-B AVENUE N**
**Grand Prairie, TX 75050**

Date(s) debt was
incurred  **JULY TO DECEMBER 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERVICES RENDERED**

Is the claim subject to offset?  ☒ No  ☐ Yes

$17,721.30

---

**3.404** Nonpriority creditor's name and mailing address

**WARREN DEL CARIBE**
**BO BAIROA**
**ROAD 1 KM 33.3**
**Caguas, PR 00725**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.405** Nonpriority creditor's name and mailing address

**WASTE MANAGEMENT**
**P.O. BOX 660345**
**Dallas, TX 75246**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.406** Nonpriority creditor's name and mailing address

**WELFS FARGO CARD SERVICES**
**P.O. BOX 30086**
**Los Angeles, CA 90030-0086**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.407** Nonpriority creditor's name and mailing address

**WESTERN MARKETING, INC.**
**816 S. BLUE MOUND ROAD**
**SAGINAW, TX 76131-1402**

Date(s) debt was incurred  **JULY 2015**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **LUBRICANTS AND FUELS**

Is the claim subject to offset?  ☒ No  ☐ Yes

$2,633.33

---

**3.408** Nonpriority creditor's name and mailing address

**WESTERN RESERVE LIFE ASSURANCE**
**PAYMENT PROCESSING CENTER**
**DEPARTMENT 35**
**Denver, CO 80281-0035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.409** Nonpriority creditor's name and mailing address

**WILLBANKS METALS, INC.**
**1155 NE 28th STREET**
**Fort Worth, TX 76106**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE ONLY**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

Debtor   BUILDERS HOLDING CO., CORP.
_____   Case number (if known) _____
          Name

| | |
|---|---|
| 3.410  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.410**

Nonpriority creditor's name and mailing address

WILLIAM G. KOOPMAN
218 EDGEWOOD DRIVE
Coppell, TX 75019

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          $1,235.60

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  RESIDENT LAWSUIT FOR DAMAGES

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.411**

Nonpriority creditor's name and mailing address

ZACK BURKET CO.
P.O. BOX 40
Graham, TX 76450

Date(s) debt was incurred  MAY 2015

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply*          $5,419.99

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CONSTRUCTION MATERIALS

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 467,520.36 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 3,689,977.52 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c.  $ | 4,157,497.88 |

Fill in this information to identify the case:

Debtor name    **BUILDERS HOLDING CO., CORP.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**MAPFRE PRAICO INSURANCE CO.**
**P.O. BOX 70333**
**San Juan, PR 00936-8333**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BUILDERS HOLDING CO., CORP.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | ISMAEL CARRASQUILLO SANCHEZ | 8624 TRINITY VISTA TRAIL Hurst, TX 76053 | ORIENTAL BANK | ☒ D   2.5 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | ISMAEL CARRASQUILLO SANCHEZ | 8624 TRINITY VISTA TRAIL Hurst, TX 76053 | ENDURANCE REINSURANCE CORP OF AMERICA | ☐ D ____ <br> ☒ E/F   3.129 <br> ☐ G ____ |
| 2.3 | ISMAEL CARRASQUILLO SANCHEZ | 8624 TRINITY VISTA TRAIL Hurst, TX 76053 | MAPFRE PRAICO INSURANCE CO. | ☒ D   2.4 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | YAMILLETTE IRIZARRY RIVERA | BO. NAVARRO ROAD 931 KM 6.7 Gurabo, PR 00778 | ORIENTAL BANK | ☒ D   2.5 <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 | YAMILLETTE IRIZARRY RIVERA | BO NAVARRO ROAD 931 KM 6.7 Gurabo, PR 00778 | MAPFRE PRAICO INSURANCE CO, | ☐ D ____ <br> ☐ E/F ____ <br> ☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **BUILDERS HOLDING CO., CORP.**                     Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                              *Column 2:* **Creditor**

**BUILDERS HOLDING CO. CORP.**
**dba CD BUILDERS INC.**
**dba CDC MAINTENANCE GROUP, CORP.**

EXHIBIT A

### Accounts Receivable

| | |
|---|---:|
| Account Receivable IRS Claim | 73,156.58 |
| Account Receivable Oriental Claim | 464,767.60 |
| Account Receivable Texas | 4,122,471.04 |
| Account Receivable Puerto Rico | 1,175,686.32 |
| Allowance for doubtful account | (150,000.00) |
| **NET ACCOUNTS RECEVABLE** | **$ 5,686,081.54** |

**BUILDERS HOLDING CO. CORP.**

**dba CD BUILDERS INC.**

**dba CDC MAINTENANCE GROUP, CORP.**

EXHIBIT B

| Item | FMV unit | QTY | Total |
|------|---------:|:---:|------:|
| **Ciales Contractor's Office** | | | |
| DESK | 50.00 | 1 | $ 50.00 |
| CHAIRS | 15.00 | 2 | 30.00 |
| DESK'S CHAIRS | 30.00 | 2 | 60.00 |
| AIR CONDITIONER UNIT | 100.00 | 1 | 100.00 |
| TRASH CAN | 3.00 | 1 | 3.00 |
| WATER TANK | 60.00 | 1 | 60.00 |
| | | | |
| **Ciales Office ACT Inspection** | | | |
| DESK TABLES | 35.00 | 4 | 140.00 |
| COMPUTER TABLE | 25.00 | 1 | 25.00 |
| FILE CABINET | 50.00 | 2 | 100.00 |
| PLASTIC TABLES | 20.00 | 2 | 40.00 |
| WATER FOUNTAIN | 50.00 | 1 | 50.00 |
| CORDLESS PHONE | 10.00 | 1 | 10.00 |
| PLASTIC & METAL CHAIRS | 12.00 | 9 | 108.00 |
| DESK'S CHAIRS | 30.00 | 4 | 120.00 |
| BLUEPRINT CASE | 40.00 | 1 | 40.00 |
| BOLETIN BOARD | 10.00 | 1 | 10.00 |
| TRASH CAN | 3.00 | 6 | 18.00 |
| WOOD TABLE | 20.00 | 1 | 20.00 |
| **Boquerón Office AFI Inspection** | | | |
| PLASTIC TABLES | 20.00 | 2 | 40.00 |
| DESKS | 25.00 | 2 | 50.00 |
| WATER FOUNTAIN | 50.00 | 1 | 50.00 |
| DESK'S CHAIRS | 25.00 | 3 | 75.00 |
| FILE CABINET | 40.00 | 1 | 40.00 |
| BLUEPRINT CASE | 40.00 | 1 | 40.00 |
| TRASH CAN | 3.00 | 1 | 3.00 |
| **Boquerón Contractor's Office** | | | |
| DESKS | 25.00 | 1 | 25.00 |
| PLASTIC TABLE | 20.00 | 1 | 20.00 |
| PLASTIC CHAIR | 10.00 | 1 | 10.00 |
| TRASH CAN | 3.00 | 1 | 3.00 |
| ICE MACHINE | 1,500.00 | 1 | 1,500.00 |

**Gurabo Central Office**

| | | | |
|---|---|---|---|
| DESKS | 25.00 | 6 | 150.00 |
| PLASTIC TABLES | 20.00 | 7 | 140.00 |
| DESK'S CHAIRS | 30.00 | 8 | 240.00 |
| FILE CABINET | 60.00 | 7 | 420.00 |
| WOOD TABLE | 10.00 | 1 | 10.00 |
| SOFA | 15.00 | 1 | 15.00 |
| WATER DISPENSER | 50.00 | 2 | 100.00 |
| TRASH CAN | 3.00 | 5 | 15.00 |

**Texas Central Office**

| | | | |
|---|---|---|---|
| DESKS | 25.00 | 2 | 50.00 |
| MODULAR DESKS | 80.00 | 5 | 400.00 |
| DESK'S CHAIRS | 30.00 | 5 | 150.00 |
| FILE CABINET | 60.00 | 2 | 120.00 |
| WATER DISPENSER | 50.00 | 1 | 50.00 |
| TRASH CAN | 3.00 | 5 | 15.00 |
| CONFERENCE ROOM TABLE | 75.00 | 1 | 75.00 |
| CONFERENCE ROOM CHAIRS | 10.00 | 6 | 60.00 |

**TOTAL**                    $  4,850.00

**BUILDERS HOLDING CO. CORP.**
**dba CD BUILDERS INC.**
**dba CDC MAINTENANCE GROUP, CORP.**

EXHIBIT C

| Item | FMV UNIT | QTY | TOTAL |
|---|---|---|---|
| **Ciales Contrator's Office** | | | |
| LEXMARK Z2300 PRINTER | $    50.00 | 1 | $    50.00 |
| LEXMARK PRINTER & SCANNER | 75.00 | 1 | 75.00 |
| LEXMARK PRINTER & SCANNER Z22 | 50.00 | 1 | 50.00 |
| | | | |
| **Ciales Office ACT Inspection** | | | |
| DESKTOP HP PAVILIONP6 SERIES & ACER MONITOR 5201H | 300.00 | 2 | 600.00 |
| TOSHIBA SATELITE I755 LAPTOP | 200.00 | 1 | 200.00 |
| CANON Ir2020 PHOTOCOPIER | 65.00 | 1 | 65.00 |
| AIR CONDITIONERS | 100.00 | 5 | 500.00 |
| BATTERY BACKUP | 20.00 | 1 | 20.00 |
| ETHERNET SWITCH HUB | 10.00 | 1 | 10.00 |
| CABLES ETHERNET | 4.00 | 4 | 16.00 |
| | | | |
| **Boquerón Office AFI Inspection** | | | |
| TOSHIBA SATELLITE LAPTOP | 200.00 | 1 | 200.00 |
| HP LAPTOP | 200.00 | 1 | 200.00 |
| HP OFFICEJETPRO 8600 PRINTER & SCANNER | 75.00 | 1 | 75.00 |
| | | | |
| **Boquerón Contractor's Office** | | | |
| COMPAQ PRESARIO A900 LAPTOP | 200.00 | 1 | 200.00 |
| EPSON PRINTER WF-7510 | 40.00 | 1 | 40.00 |
| | | | |
| **Gurabo Central Office** | | | |
| HP PAVILION DV 6000 LAPTOP | 200.00 | 1 | 200.00 |
| TOSHIBA L755-S5156 LAPTOP | 200.00 | 1 | 200.00 |
| UNIVERSAL COMPUTERS WITH MONITORS | 200.00 | 4 | 800.00 |
| CANON IR2525 PHOTOCOPIER | 1,750.00 | 1 | 1,750.00 |
| OCE 300 MACHINE | 12,500.00 | 1 | 12,500.00 |
| BROTHER MFC PRINTER & FAX | 40.00 | 1 | 40.00 |
| BROTHER 2010 PRINTER | 35.00 | 1 | 35.00 |
| BATTERY BACKUP | 20.00 | 2 | 40.00 |
| | | | |
| **Texas Central Office** | | | |
| LAPTOP | 150.00 | 3 | 450.00 |
| UNIVERSAL COMPUTERS WITH MONITORS | 150.00 | 3 | 450.00 |
| PHOTOCOPIER | 2,250.00 | 1 | 2,250.00 |
| BATTERY BACKUP | 20.00 | 2 | 40.00 |

**TOTAL** $   21,056.00

BUILDERS HOLDING CO. CORP.

dba CD BUILDERS INC.

dba CDC MAINTENANCE GROUP, CORP.

EXHIBIT D

## Vehicles in Texas

| Item # | Year | Manufacturer | Model | Serial # | Estimated Value |
|---|---|---|---|---|---|
| 1 | 2003 | Ford | F-150 | 1FTRW07653KD34243 | $ 3,500.00 |
| 2 | 1999 | chevrolet | PK | 1GCCS1449XK205597 | 1,000.00 |
| 3 | 2003 | Ford | F-350 | 1FDWW36P83ED43799 | 5,000.00 |
| 4 | 1981 | Mack | 600RD | 1M2P139Y4BA008469 | 16,500.00 |
| 5 | 1983 | Mack | TK | 1M2P138C2DA010956 | 5,000.00 |
| 6 | 1985 | Mack | DP | 1M2P134C8FA011120 | 15,500.00 |
| 7 | 2000 | Freightliner | DP | 1FUW8HCA9YHF85529 | 20,000.00 |
| 8 | 2000 | International | TR | 2HSFTAMR3YC031433 | 13,000.00 |
| 9 | 1993 | Ford | TR | 1FTYS95B6PVA13618 | 8,500.00 |
| | | | | Sub-Total | $ 88,000.00 |

## Vehicles in Puerto Rico

| Item # | Year | Manufacturer | Model | Description | Estimated Value |
|---|---|---|---|---|---|
| 1 | 2004 | Ford | Escape | Wagon | $ 2,300.00 |
| 2 | 1997 | Ford | F-350 | Van Passenger | 2,000.00 |
| 3 | 2003 | Ford | F-350 | Van Passenger | 2,178.00 |
| 4 | 1991 | Ford | F-150 | Pick-Up | 800.00 |
| 5 | 2008 | Ford | F-250 | Pick-Up | 6,500.00 |
| 6 | 1986 | Inter | TK | Truck | 3,500.00 |
| 7 | 1989 | Ford | F-800 | Truck | 4,000.00 |
| 8 | 1992 | Ford | F600 | Truck | 2,500.00 |
| 9 | 1975 | Ford | 8000 | Service Truck | 6,000.00 |
| 10 | 1992 | Kenworth | T600 | Tractor Truck | 1,000.00 |
| 11 | 1988 | TRLR | TL | Low Bed Trailer | 1,000.00 |
| 12 | | | | Flatbed Trailer | 1,000.00 |
| | | | | Sub-Total | $ 32,778.00 |

## Construction Equipment

| Item # | Year | Manufacturer | Model | Serial # | Estimated Value |
|---|---|---|---|---|---|
| 1 | 1999 | Trail King | Industrial | 1TKC02429XM069432 | $ 7,500.00 |
| 2 | 2004 | JLG | UT Trailer | 5DYAA17204C000531 | 7,000.00 |
| 3 | 1978 | Fruehauf | Trailer | UNW533802 | 15,000.00 |
| 4 | 2009 | JLG | Trailer | 5DYAA19249C004294 | 6,000.00 |
| 5 | 2010 | | Utility Trailer | 4YMCL1218AT033342 | 1,250.00 |
| 6 | 1999 | New Holland | 655-E | 31021192 | 14,000.00 |
| 7 | 1998 | CAT | 416C | 4ZN07610 | 13,500.00 |
| 8 | 1994 | New Holland | 555D | 23804 | 12,000.00 |
| 9 | 2000 | New Holland | LB-75 | 31024516 | 12,000.00 |
| 10 | 1999 | New Holland | 555-E | 31024413 | 12,000.00 |
| 11 | 2004 | John Deere | 450H | T0450HX926058 | 28,000.00 |
| 12 | 2002 | Komatsu | D65-E | 65323 | 65,000.00 |
| 13 | 1998 | Komatsu | PC300 LC-6 | 31969 | 30,000.00 |

| Item # | Year | Manufacturer | Model | Serial # | Estimated Value |
|---|---|---|---|---|---|
| 14 | 2002 | Komatsu | PC200 LC-6 | 106806 | 65,000.00 |
| 15 | 1998 | Komatsu | PC300 LC-6 | 31811 | 45,000.00 |
| 16 | 1998 | Hyundai | Robex 200W-2 | E402CF10286 | 20,000.00 |
| 17 | 1997 | Skytrack 54' | 10054 | 1973 | 15,000.00 |
| 18 | 1999 | Ingerso Rand | VR-642B | 157164 | 8,000.00 |
| 19 | | Bobcat | 753 G-Series | 515832869 | 2,000.00 |
| 20 | 1998 | Ingersor Rand | SD-70D | 155155 | 13,000.00 |
| 21 | 1998 | Bomag | 213D3 | 1.10E+11 | 18,000.00 |
| 22 | | Gomaco | linder Finisher pav | MC18655-08 | 7,500.00 |
| 23 | 1987 | Komatsu | GD-525A-1 | 60010 | 25,000.00 |
| 24 | | Ingersoll Rand | 185105 | 303073UGJ222 | 2,500.00 |
| 25 | | Atlas Cop | XAS185-(JD) | 4500A101X7R021980 | 2,500.00 |
| 26 | | EZ Drill | Concrete Drill | N2156 | 1,000.00 |
| 27 | | Target | Portacut IV | 352038 | 1,200.00 |
| 28 | | Target | Quanta Q1200 | 349264 | 2,500.00 |
| 29 | | Target | PRO-66 | 440048 | 5,000.00 |
| 30 | | Night hawk | LT-12 | LT-3636 | 800.00 |
| 31 | | Allmand | NLPRO | 0522PRO06 | 1,500.00 |
| 32 | | Lincoln | | 9422306 | 1,000.00 |
| 33 | | Lincoln | 0 AMP/ RANGER 30 | U1051210366 | 3,000.00 |
| 34 | | Terramite | Screed Pavers | 27RS0304 | 2,500.00 |
| 35 | | Gomaco | Screed Pavers | 903700-051 | 2,125.00 |
| 36 | | Solar Tech | MB-2248 | 4GM2M151881409643 | 10,000.00 |
| 37 | | Solar Tech | MB-2248 | 4GM2M151781409794 | 10,000.00 |
| 38 | | Allmand | 2200 APF | 0039AB02 | 5,500.00 |
| 39 | | Allmand | AWB25-5574-1724 | 0501AB07 | 5,500.00 |
| 40 | | Bobcat | 6707144 | 714419179 | 1,000.00 |
| 41 | | All Power | Gas generator | 29D11U110012 | 500.00 |
| 42 | | Home Lite | Gas generator | DNN07220276 | 500.00 |
| 43 | | Sakai | 1 Ton | 50133 | 2,000.00 |
| 44 | | MQP | P33/24HHMR | 1536607 | 5,424.00 |
| 45 | | Mod Safe | HQ 8 X 20 | 2045606 | 19,500.00 |
| 46 | | Mod Safe | Pro 8 X 20 | 2046607 | 8,000.00 |
| 47 | 1995 | Home | Trailer | | 1,250.00 |
| 48 | 2007 | AZTRA | Trailer | 1A9BU08207T751096 | 1,250.00 |
| | | | | Sub-Total | $ 537,799.00 |

## Heavy Equipment

| Item # | Year | Manufacturer | Model | Serial # | Estimated Value |
|---|---|---|---|---|---|
| 1 | 2000 | INTER | TR | 2HSFTAMR3YC031433 | $ 11,900.00 |
| 2 | 1993 | Ford | TR | 1FTYS95B6PVA13618 | 8,900.00 |
| 3 | 1999 | New Holland | 655-E | 31021192 | 12,000.00 |
| 4 | 1998 | CAT | 416C | 4ZN07610 | 15,000.00 |
| 5 | 1994 | New Holland | 555D | 23804 | 10,000.00 |
| 6 | 2004 | John Deere | 450H | T0450HX926058 | 29,000.00 |
| 7 | 2002 | Komatsu | D65-E | 65323 | 68,000.00 |
| 8 | 1998 | Komatsu | PC300 LC-6 | 31969 | 51,000.00 |
| 9 | 2002 | Komatsu | PC200 LC-6 | 106806 | 64,000.00 |
| 10 | 1998 | Komatsu | PC300 LC-6 | 31811 | 51,000.00 |
| 11 | 1998 | Hyundai | Robex 200W-2 | E402CF10286 | 17,000.00 |
| 12 | 2011 | Komatsu | PC350LC-8 | A10332 | 174,000.00 |

| Item # | Year | Manufacturer | Model | Serial # | Estimated Value |
|--------|------|--------------|-------|----------|----------------|
| 13 | 2011 | Komatsu | PC350LC-8 | A10494 | 174,000.00 |
| 14 | 1997 | Skytrack 54' | 10054 | 1973 | 13,000.00 |
| 15 | 1999 | Ingerso Rand | VR-642B | 157164 | 13,000.00 |
| 16 | | Bobcat | 753 G-Series | 515832869 | 3,000.00 |
| 17 | 2013 | Komatsu | WA320-7 | 80101 | 153,000.00 |
| 18 | 1998 | Ingerso Rand | SD-70D | 155155 | 11,000.00 |
| 19 | 1998 | Bomaq | 213D3 | 1.10E+11 | 15,000.00 |
| 20 | | Gomaco | inder Finisher pav | MC18655-08 | 6,000.00 |
| 21 | 2014 | Gomaco | Track Concrete Pav | 912400-028 | 475,000.00 |
| 22 | 1987 | Komatsu | GD-525A-1 | 60010 | 2,000.00 |
| 23 | | MQP | P33/24HHMR | 1536607 | 2,500.00 |
| | | | | Sub-Total | $     1,379,300.00 |

**GRAND TOTAL**     $     2,037,877.00

Fill in this information to identify the case:

Debtor name __BUILDERS HOLDING CO., CORP.__

United States Bankruptcy Court for the: __DISTRICT OF PUERTO RICO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:** From  1/01/2016 to Filing Date | ☑ Operating a business<br>☐ Other | $5,455,652.56 |
    | **For prior year:** From  1/01/2015 to 12/31/2015 | ☑ Operating a business<br>☐ Other | $17,400,407.00 |
    | **For year before that:** From  1/01/2014 to 12/31/2014 | ☑ Operating a business<br>☐ Other | $0.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

    | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | CARTER ENERGY, A DIVISION OF WORLD FUEL SERVICES, INC. VS. CD BUILDERS, INC. 16LA01619 | K.S.A. CHAPTER 61 | DISTRICT COURT OF JOHNSON COUNTY, KANSAS 100 N. KANSAS AVENUE Olathe, KS 66061 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. | KEVIN DAVIS INDUSTRIAL, INC. D/B/A COWSER TIRE & SERVICE VS. CD BUILDERS, INC. 2016-001690-2 | Civil | TARRANT COUNTY, TEXAS COUNTRY COURT AT LAW NO. 2 100 W. WEATHERFORD ST., ROOM 250 Fort Worth, TX 76196-0401 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. | SIX & MANGO EQUIPMENT LLP VS. CD BUILDERS INC, et al DC-16-01480 | Civil | DISTRICT COURTS OF DALLAS, COUNTY TEXAS 191ST DISTRICT COURT 600 COMMERCE STREET STE 101 Dallas, TX 75202 | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.4. | KIRBY-SMITH MACHINERY, INC. VS. CD BUILDERS, INC. et al 236-284900-16 | Civil | TARRANT COUNTY, TEXAS 100 N. CALHOUN Fort Worth, TX 76196-0402 | ☒ Pending ☐ On appeal ☐ Concluded |

Debtor   BUILDERS HOLDING CO., CORP.                                          Case number (if known)

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | CHICO LIMESTONE, INC.<br>VS.<br>CD BUILDERS, INC.<br>2016-002591-1 | Civil | TARRANT COUNTY TEXAS<br>COUNTRY COURT AT LAW<br>NO. 1<br>100 W WEATHERFORD ST<br>ROOM 250<br>Fort Worth, TX 76196 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | HALFF ASSOCIATES, INC.<br>VS.<br>CD BUILDERS, INC.<br>DC-16-06285 | Civil | DISTRICT COURT OF<br>DALLAS, COUNTY TEXAS<br>191ST DISTRICT COURT<br>600 COMMERCE STREET<br>STE 101<br>Dallas, TX 75202 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | TARRANT COUNTY, ET AL<br>V.<br>CD BUILDERS, INC.<br>048-D09088-16 | Civil | TARRANT COUNTY<br>Fort Worth, TX 76181 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | WILLIAM G. KOOPMAN<br>V.<br>CD BUILDERS, INC.<br>JS16-00622A | Civil | JUSTICE OF THE PEACE<br>PRECINT 3 PLACE 1<br>Dallas, TX 75229-6071 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | BEXAR CONCRETE WORKS I,<br>LTD<br>V.<br>CD BUILDERS, INC.<br>C-16-02990-A | Civil | COUNTY COURT OF<br>DALLAS<br>COUNTY COURT AT LAW<br>NO. 1<br>Dallas, TX 75229 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:** Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| THEFT ON PREMISES, ASSORTED CONSTRUCTION TOOLS | $3,446.26 | 11/16/2015 | $4,926.26 |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | MONGE ROBERTIN & ASSOCIATES 97 ACOSTA STREET Caguas, PR 00725 | | **YEAR 2016** | $7,862.40 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 9008 TRINITY BLVD FT WORTH, TX 76053 | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **BUILDERS HOLDING CO., CORP.**                                                    Case number *(if known)*

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

Debtor   **BUILDERS HOLDING CO., CORP.** _____ Case number *(if known)*_____

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.   RIVERA COLON & CO. PSC<br>CENTRO INT DE MERCADEO<br>TORRE 1 SUITE 701<br>Guaynabo, PR 00968 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor   **BUILDERS HOLDING CO., CORP.**                      Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  RIVERA COLON & CO. PSC CENTRO INT DE MERCADEO TORRE 1 SUITE 701 Guaynabo, PR 00968 | AS OF DECEMBER 31, 2015 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ISMAEL CARRASQUILLO SANCHEZ | 8624 TRINITY VISTA TRAIL Hurst, TX 76053 | PRESIDENT | 50% BUILDERS HOLDING CO. CORP |
| YAMILLETTE IRIZARRY RIVERA | BO NAVARRO  CARR 931  KM 6.7 Gurabo, PR 00778 | | 50% BUIDLDERS HOLDING CO. CORP |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | | Employer Identification number of the parent corporation |
|---|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | | Employer Identification number of the parent corporation |
|---|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       **August 20, 2016**

/s/ ISMAEL CARRASQUILLO SANCHEZ                           ISMAEL CARRASQUILLO SANCHEZ
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **PRESIDENT**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Puerto Rico

In re  **BUILDERS HOLDING CO., CORP.**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 6,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☒ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor  ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 20, 2016**

Date

**/s/ LCDO. FAUSTO DAVID GODREAU USDC**
**LCDO. FAUSTO DAVID GODREAU USDC 123207 PR**
*Signature of Attorney*
**Godreau & Gonzalez Law**
**Calle McCleary 1806**
**Suite 1-B**
**San Juan, PR 00902**
**(787) 982-6507**
**dg@g-glawpr.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Puerto Rico

In re   **BUILDERS HOLDING CO., CORP.** _____
                                    Debtor(s)

Case No. _____
Chapter   11  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **BUILDERS HOLDING CO., CORP.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**August 20, 2016** _____
Date

**/s/ LCDO. FAUSTO DAVID GODREAU USDC**
**LCDO. FAUSTO DAVID GODREAU USDC 123207 PR**
Signature of Attorney or Litigant
Counsel for   **BUILDERS HOLDING CO., CORP.**
**Godreau & Gonzalez Law**
**Calle McCleary 1806**
**Suite 1-B**
**San Juan, PR 00902**
**(787) 982-6507**
**dg@g-glawpr.com**

## United States Bankruptcy Court
### District of Puerto Rico

In re    __BUILDERS HOLDING CO., CORP.__ _____     Case No. _____

_____Debtor(s)_____     Chapter    __11__ _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| ISMAEL CARRASQUILLO-BUILDERS HOLDING | COMMON | 50% | OWNER |
| YAMILLETTE IRIZARRY RIVERA-BUILDERS HOLD | COMMON | 50% | OWNER |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __August 20, 2016__ _____     Signature   __/s/ ISMAEL CARRASQUILLO SANCHEZ__

_____ __ISMAEL CARRASQUILLO SANCHEZ__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Puerto Rico**

In re   BUILDERS HOLDING CO., CORP.

Debtor(s)

Case No.
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 19, 2016**

**/s/ ISMAEL CARRASQUILLO SANCHEZ**
**ISMAEL CARRASQUILLO SANCHEZ/PRESIDENT**
Signer/Title