# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**BUILDERS HOLDING CO CORP**
**dba CD BUILDERS INC, dba CDC MAINTENANCE GROUP CORP**

**xxx–xx–5122**

Debtor(s)

Case No. **16–06643 EAG**

Chapter **11**

FILED & ENTERED ON 11/29/16

***ORDER***

The motion filed by Debtor requesting extension of time of 4 days to file the Monthly Operating Reports for August, September, October and the Amended Schedules and Statement of Financial Affairs (docket #132) is hereby granted. Order due by 12/2/2016.

IT SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, November 29, 2016 .

Edward A. Godoy
United States Bankruptcy Judge