**AMENDED FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 16-06643-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Builders Holding Co Corp | Date Filed (f) or Converted (c): | 04/27/2018 (c) |
| For the Period Ending: | 6/27/2022 | §341(a) Meeting Date: | 06/07/2018 |
| | | Claims Bar Date: | 09/05/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Oriental bank saving account 5181 | $0.78 | $0.00 | | $0.00 | FA |
| Asset Notes: | Oriental bank saving account 5181 CD Builders | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143 | | | | | |
| | original value $70.78 | | | | | |
| | Account closed during chapter 11. Unknown why Debtor listed this account in amendment Dkt. No. 426. | | | | | |
| 2 | Oriental bank checking account 0386 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Oriental bank checking account 0386 CD Builders | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143. Original value $80,175.31. | | | | | |
| | Account closed during chapter 11. Unknown why Debtor listed this account in amendment Dkt. No. 426. | | | | | |
| 3 | Oriental bank saving account 1882 | $869.30 | $0.00 | | $0.00 | FA |
| Asset Notes: | Oriental bank saving account 1882 CD Builders | | | | | |
| | Debtor amended schedule B to updated balance on account . docket 436 - ymartinez 7/19/2018 | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143. Original value $1,491 | | | | | |
| | No balance at time of Conversion. - Noreen Wiscovitch 8/18/2018 | | | | | |
| 4 | Oriental bank saving account 7888 | $0.30 | $0.00 | | $0.00 | FA |
| Asset Notes: | Oriental bank saving account 7888 CD Builders | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143. Original value $9.30. | | | | | |
| | Account closed during chapter 11. Unknown why Debtor listed this account in amendment Dkt. No. 426. | | | | | |
| 5 | Oriental bank saving account 2049 | $300.78 | $0.00 | | $0.00 | FA |
| Asset Notes: | Oriental bank saving account 2049--CDC Maintenance Group Corp. | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143. Original value $5,777.99 | | | | | |
| | Debtor amended schedule B to updated balance on account . docket 436 - ymartinez 7/19/2018. None at time of conversion. - Noreen Wiscovitch 8/18/2018 | | | | | |
| 6 | Wells Fargo Checking account 7680 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Wells Fargo Checking account 7680--CD Builders Inc | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143. Original value $21,402.74. | | | | | |
| | No Balance at time of conversion. NWR 8/18/2018 | | | | | |
| 7 | Wells Fargo Saving account 3227 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Wells Fargo saving account 3227--CD Builders Inc | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143. Original value $928.30 | | | | | |
| | None at time of conversion to Chapter 7. NWR 8/18/18 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 16-06643-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Builders Holding Co Corp | Date Filed (f) or Converted (c): | 04/27/2018 (c) |
| For the Period Ending: | 6/27/2022 | §341(a) Meeting Date: | 06/07/2018 |
| | | Claims Bar Date: | 09/05/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8 | Wells Fargo saving account 9083-CD Builders Inc | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Wells Fargo saving account 9083-CD Builders Inc | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143  original value $8.05. | | | | | |
| | None at time of conversion.  NWR 8/18/18 | | | | | |
| 9 | Wells Fargo saving account 7698-CD Builders Inc | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Wells Fargo saving account 7698-CD Builders Inc | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143 original value $134,688.57 | | | | | |
| | Non funds at time of conversion.  NWR 8/18/18 | | | | | |
| 10 | FIrst Bank CD Builders Checking account 3388 | $193.19 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | First Bank CD Builders Checking account 3388 | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143.  Original value $12,192.54 | | | | | |
| | Debtor amended schedule B to updated balance on account . docket 436   - ymartinez 7/19/2018 | | | | | |
| | None at time of conversion. - Noreen Wiscovitch 7/16/2018 | | | | | |
| 11 | Account Receivable- IRS | $73,156.58 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Account receivable | | | | | |
| | Debtor amended schedule B to eliminated this AR during Chapter 11. docket 143.  Original value $73,156.58. The debtor then included the same again. Dkt. No. 436.  All A/R are encumbered | | | | | |
| | by the Bonding company. | | | | | |
| | Trustee to abandon after determination by Court as to whether the Trustee can receive these funds.  NWR 7/15/18 | | | | | |
| | This A/R was received during Chapter 11. | | | | | |
| 12 | Account Receivable | $464,767.60 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Account receivable.  Debtor amended schedule B to updated balance on account receivable ($245,407.76) . docket 436   - ymartinez 7/19/2018 | | | | | |
| | Debtor amended schedule B to update balance of account during Chapter 11. docket 143.  Original value $464,767.60. | | | | | |
| | All of Debtor's assets have been assigned to MAPRE.  No value to the Estate.  Trustee to abandon after determination from the Court. NWR 10-24-18. | | | | | |
| | Per stipulation with Bonding Company Accounts receivables are to be collected by MAPRE.  NWR 4-27-19 | | | | | |
| 13 | Account Receivable | $5,617,235.09 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | account receivable | | | | | |
| | in this asset Debtor listed $150,000 in AR as uncollectible, the total value before that is $5,986,081.54. | | | | | |
| | Debtor amended schedule B to updated balance on account receivable (3,617,235.09) . docket 436   - ymartinez 7/19/2018 | | | | | |
| | All of Debtor's assets have been assigned to MAPRE.  No value to the Estate. Trustee to abandon after determination by Court as to whether the Trustee can receive these funds.  NWR 10-24-18 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 16-06643-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Builders Holding Co Corp | Date Filed (f) or Converted (c): | 04/27/2018 (c) |
| For the Period Ending: | 6/27/2022 | §341(a) Meeting Date: | 06/07/2018 |
| | | Claims Bar Date: | 09/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor amended schedule B to update balance of account during Chapter 11. docket 143 original value $5,686,081.54. At time of conversion Mapre has taken over operations and collections of all Account Receivables. NWR 4-27-19 | | | | | |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 14 | OFFICE furniture | $4,850.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Office Furniture--See Exhibit B All of Debtor's assets have been assigned to MAPRE. No value to the Estate. Trustee to abandon after determination by Court as to whether the Trustee can receive these funds. NWR 10-24-18 | | | | | |
| 15 | OFFICE EQUIPMENT | $21,056.00 | $0.00 | | $750.00 | FA |
| Asset Notes: | Office equipment See Exhibit C. All assets assigned to MAPRE. Trustee to abandon after determination by Court as to whether the Trustee can receive these funds. NWR 7/15/18 Trustee to enter into stipulation to sell this asset and divide the proceeds 50%/50% NWR 4-27-19

Notice of sale filed on 5/30/19 Doket No. 514, Office equipment on Lot1:

Office Equiment ( CIALES OFFICE ): Desktop HP Pavillion P6 & ACER Monitor HP & ACER 2, Laptop Satelite 1755 Toshiba 1, Photocopier IR 2020 Canon 1, Air Conditioner Unit 2, Desk 1, Chair 3, Desk & Chair 2 , Desk table 3, Computer table 1, File cabinet 3, Plastic Table 2 , Water Fountain 1, Plastic and Metal chairs 9, Desk Chair 3.

Office Equipment (GURABO OFFICE) : Laptop HP Pavillion DV 6000 1, Laptop Toshiba L-755 S5156 1,Desktop Universal with Monitor 2, Photocopier Canon IR 2525 1 , Laptop Compaq Presario A900 1, Laptop Satelite Toshiba 1, Desk chair 5, File cabinet 7, Water dispenser 2, Battery Back Up 1, Ice Machine 1 , Printer Epson 2.

List Unscheduled Office equipment (Gurabo): Blueprints counter 1, table PVC 6, HP Note book (CND 361VT3) 1, telephone panel 1.

List Unscheduled Office equipment (Ciales): Desktop HP Pavilion 1, table PVC 2. 8/7/2019 yjustiniano | | | | | |
| 16 | Vehicles and Heavy Equipment | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Vehicles and heavy equipment --See Exhibit 1. Debtor amended schedule B to updated balance on account . docket 436 -Debtor amended schedule B to update balance of account during Chapter 11. docket 143 original value $2,037,877 the following equipment were abandon by trustee on 6/19/18 docket 419, since they has no value to the estate: Ford 555D BACKHOE, 1994, Value $5,000.00 Hyndai ROBEX 200W-0, 1998, Value $8,500.00 KOMATSU WA320-7, WHEEL LOADER, 2013, Value $60,000.00 KOMATSU PC350LC-8, HYDRALIC EXCAVATOR, 2011, $55,000.00 KOMATSU PC350LC-8, HYDRALIC EXCAVATOR, 2011, $55,000.00 The Trustee value of this asset is $656,500, this is the result from Debtor's total value($898,000) minus the equipment abandoned by trustee with value 241,500 As per POC 15 and POC 22 | | | | | |

Case:16-06643-EAG7 Doc#:568 Filed:06/27/22 Entered:06/27/22 14:05:58 Desc: Main
Document Page 4 of 7

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 4

| Case No.: | 16-06643-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
| --- | --- | --- | --- |
| Case Name: | Builders Holding Co Corp | Date Filed (f) or Converted (c): | 04/27/2018 (c) |
| For the Period Ending: | 6/27/2022 | §341(a) Meeting Date: | 06/07/2018 |
| | | Claims Bar Date: | 09/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| the following equipment has a recorded lien by Creditor TBK BANK, SSB, FORMERLY TRIUMPH SAVINGS BANK, SSB and creditor MAPFRE, respectively: 2002 KOMATSU D65-E SERIAL 65323 1998 KOMATSU PC300 LC-6 SERIAL 31969 2002 KOMATSU PC200 LC-6 SERIAL 106806 1998 KOMATSU PC300 LC-6 SERIAL 31811 2004 JOHN DEERE 450H SERIAL T0450HX926058 2014 GOMACO TRACK CONCRETE PAVER SERIAL 912400-028 BOTH POC HAVE THE UCC-1 WITH THE DESCRIPTION OF THE EQUIPMENT . See Dkt. No. 419 for abandonment of certain equipment listed above. NWR 6/19/18 Trustee to administer additional vehicles and equipment per stipulation. NWR 4-17-19 | | | | | |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | Commercial Property | $90,000.00 | $42,372.77 | | $0.00 | $90,000.00 |
| **Asset Notes:** | Bo. Celada, Sector Los Chinos, Gurabo PR Parcel J with 0.3157 "cuerdas", includes building Lot 8,170 Cadaster Number 200-000-002-015-000 registers to CD Builders Inc. Only owes the IRS as secured $47, 627.23. NWR 4-27-19 | | | | | |
| 18 | Lot at Bo Celada | $30,000.00 | $30,000.00 | | $0.00 | $30,000.00 |
| **Asset Notes:** | Bo. Celada, Sector Los Chinos, Gurabo PR Parcel with 1000.2599 square meters, includes building Lot 13518 Cadaster Number 200-003-302-011-00 registers to CD Builders Inc | | | | | |
| 19 | Commercial Property | $180,000.00 | $0.00 | | $0.00 | $180,000.00 |
| **Asset Notes:** | Bo. Celada, Gurabo PR SR-9945 Km 2.4 segregated ofLot 1,114 Parcel land C with 2.8181 "cuerdas", with workshop building Lot No. 3158 Cadaster Number 200-000-001-024-000 registers to CD Builders Inc Trustee unable to determine if she may administer this property. NWR 3-31-19. Trustee will attempt to sell realty as there are other properties subject to the lien. NWR 4-11--20 This property has a lien with is in litigation and appeal, this is why it has not been marked as fully administered. NWR 5-11-21 | | | | | |
| 20 | Commercial Property | $301,000.00 | $93,000.00 | | $0.00 | $301,000.00 |
| **Asset Notes:** | Bo. Rincon, Gurabo PR Commercial Property with two story commercial office building Parcel land "A" with 999.60 square meters register to CDC Maintenance Group Corp. Finca No. 6145. This property has a Lien which is in litigation and appeal. NWR 5-11-21 | | | | | |
| 21 | Commercial Property | $133,000.00 | $133,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | Jose de Diego Street, San lorenzo PR | | | | | |

Case:16-06643-EAG7 Doc#:568 Filed:06/27/22 Entered:06/27/22 14:05:58 Desc: Main
Document Page 5 of 7

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 5

| Case No.: | 16-06643-EAG | | Trustee Name: | Noreen Wiscovitch-Rentas |
| --- | --- | --- | --- | --- |
| Case Name: | Builders Holding Co Corp | | Date Filed (f) or Converted (c): | 04/27/2018 (c) |
| For the Period Ending: | 6/27/2022 | | §341(a) Meeting Date: | 06/07/2018 |
| | | | Claims Bar Date: | 09/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Commercial two story building<br>usufruct land<br>cadaster number 252-086-036-10-001<br>register to CDC Maintenance Group Corp<br>Debtor has an usufruct over this parcel. Questionable if saleable.<br>This property is not saleable. NWR 5-11-21 | | | | | |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 22 | Commercial Property | $300,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Bo. Florida, San Lorenzo PR<br>cadaster number 278-00-002-15-000<br>register to Ismael Carrasquillo Sanchez and Yamillette Eileen Irizarry Rivera<br>Debtor amended schedule B to eliminated this asset during Chapter 11. docket 143. Then added it in Dkt. No. 436. It is not property of the Bankruptcy Estate. | | | | | |
| 23 | Contingent claims (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Lawsuit against Vantage Consulting Group, LLC (amount requested $39,000)<br>Debtor amended schedule B to eliminated this asset . docket 436 - ymartinez 7/19/2018 | | | | | |
| 24 | Contingent claims (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Claim against Ricardo R Soto Bonilla for balance on sale of trailer (amount requested $4024)<br>Debtor amended schedule B to eliminated this asset . docket 436 - ymartinez 7/19/2018 | | | | | |
| 25 | FINANCIAL ACCOUNT (u) | $16,595.28 | $0.00 | | $10,447.98 | FA |
| Asset Notes: | First Bank Account No. 8161- DIP Account.<br>This asset has not been listed by Debtor. - ymartinez 7/19/2018 | | | | | |
| 26 | FINANCIAL ACCOUNT (u) | $7,139.70 | $0.00 | | $7,139.70 | FA |
| Asset Notes: | First Bank Account No. 8139- DIP Account<br>This asset has not been listed by Debtor. - ymartinez 7/19/2018 | | | | | |
| 27 | FINANCIAL ACCOUNT (u) | $103.51 | $0.00 | | $103.51 | FA |
| Asset Notes: | First Bank Account No. 8150<br>This asset has not been listed by Debtor. - ymartinez 7/19/2018 | | | | | |
| 28 | Tax Refund (u) | $182.82 | $182.82 | | $182.82 | FA |
| Asset Notes: | Texas Comptroller of Public Accounts<br>Texas Workforce Commission | | | | | |
| 29 | Adversary Proceeding Nos. 17-00012 (u) | $0.00 | $0.00 | | $0.00 | $50,000.00 |
| Asset Notes: | Adversary Proceeding No. 17-00012- Builder's Holding Co. Corp. v. PR Financing Authority et al.- To the extent this action seeks to recover funds which are encumbered by the Bonding | | | | | |

Case:16-06643-EAG7 Doc#:568 Filed:06/27/22 Entered:06/27/22 14:05:58 Desc: Main
Document Page 6 of 7

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 6

| Case No.: | 16-06643-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Builders Holding Co Corp | Date Filed (f) or Converted (c): | 04/27/2018 (c) |
| For the Period Ending: | 6/27/2022 | §341(a) Meeting Date: | 06/07/2018 |
| | | Claims Bar Date: | 09/05/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Company there is no value to the Estate. This asset is still pending. Bankruptcy Estate to receive $50,000 if successful. NWR 3/27/20- Court ruled in Estate's and Bonding company favor. Awaiting appeals period. NWR 4-11-20 | | | | | |
| Ref. # | | | | | | |
| 30 | Ford F-250 (u) | $0.00 | $12,500.00 | | $12,500.00 | FA |
| 31 | LINCON RANGER 8 (u) | $0.00 | $200.00 | | $200.00 | FA |
| 32 | FORD CLUB WAGON (u) | $0.00 | $300.00 | | $300.00 | FA |
| 33 | INTERNATIONAL TRUCK (u) | $0.00 | $200.00 | | $200.00 | FA |
| 34 | FORD 800 (u) | $0.00 | $300.00 | | $300.00 | FA |
| 35 | FORD 600 (u) | $0.00 | $300.00 | | $300.00 | FA |
| 36 | LOW BED TRAILER (u) | $0.00 | $500.00 | | $500.00 | FA |
| 37 | FORD 150 (u) | $0.00 | $200.00 | | $200.00 | FA |
| 38 | FORD 8000 (u) | $0.00 | $700.00 | | $700.00 | FA |
| 39 | New Holland LB-75   2000 (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| 40 | New Holland 555E   1999 (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| 41 | 18-00139-EAG MAPFRE PRAICO INSURANCE COMPANY AND ENDURANCE ASSU v. Nash Canyon Falls, L.L.C (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Adversary Proceeding No. 18-00139- Mapfre Praico Insurance Company vs. Nash Canyon Falls, LLC. et al- To the extent this action seeks to recover funds which are encumbered by the Bonding Company there is no value to the Estate. ORDER DISMISSING ADVERSARY. DOCKET 15 ENTERED 2/4/19 | | | | | |
| 42 | Generator 5000 watts (u) | $0.00 | $500.00 | | $500.00 | FA |
| 43 | Gomaco GT 6000-90 (u) | $0.00 | $100.00 | | $100.00 | FA |
| 44 | Atlas Cop XASS185 (u) | $0.00 | $1,000.00 | | $0.00 | FA |
| Asset Notes: | Property not at the premises. | | | | | |
| 45 | Refund for excess taxes in Tarrant County (u) | $0.00 | $6,918.65 | | $6,918.65 | FA |
| Asset Notes: | Funds Consigned by Taxing Authority in Tarrant County. Refund after sale of equipment of the Debtor to pay taxes. | | | | | |
| INT | Post-Petition Interest Deposits (u) | Unknown | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**   $7,240,450.93   $332,274.24   $51,342.66   **Gross Value of Remaining Assets** $651,000.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 7

| Case No.: | 16-06643-EAG | Trustee Name: | Noreen Wiscovitch-Rentas |
|---|---|---|---|
| Case Name: | Builders Holding Co Corp | Date Filed (f) or Converted (c): | 04/27/2018 (c) |
| For the Period Ending: | 6/27/2022 | §341(a) Meeting Date: | 06/07/2018 |
| | | Claims Bar Date: | 09/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| Date | Activity |
|---|---|
| 04/04/2022 | Trustee awaiting decision from the 1st Circuit. Oral Arguments heard on March 11, 2022. Trustee continues to receive offers for realties. NWR 4-4-2022 |
| 11/01/2021 | This case is still awaiting decision on appeal with the First Circuit. This will determine if properties subject to Oriental's lien could be sold. NWR 11-1-2021 |
| 07/01/2021 | Pending appeal by Oriental Bank in 1st Circuit. NWR 7-1-2021 |
| 03/11/2021 | Oriental Bank did not agree to settle on realties sale with carve out. District Court issued Opinion ordering Oriental Bank to turnover funds to MAPRE. Properties subject to Oriental's lien have not been marked abandoned until final determination or Opinion becomes final an unappealable. NWR 3-11-21 |
| 02/10/2021 | Appeals of judgment directing turnover of funds against Oriental Bank still pending. Trustee has offers to purchase properties. In order to sell Trustee has to negotiate liens with both Oriental Bank and IRS. NWR 2-10-21 |
| 12/01/2020 | Appeal by Oriental Bank filed. Trustee considering offers to purchase realties. NWR 12-1-2020 |
| 08/08/2020 | Adversary against Oriental was decided in favor of Mapre and the EState. Oriental will appeal. NWR 8-8-20 |
| 02/19/2020 | Trustee considering offers on the realties. NWR 2-19-20 |
| 10/01/2019 | Trustee sold equipment. Marketing the realties. Offers received. NWR10-1-19 |
| 06/28/2019 | Trustee entered into stipulation for the sale of debtor's equipment and marketing the realties. Equipment sold. NWR 6/28/19 |
| 03/25/2019 | A hearing on MAPRE's Opposition to the Trustee's position as to the Trustee's intent of abandonment was held and continued to April 2019. The Court requested for the parties to meet and try to settle. NWR 3/25/19 |
| 12/10/2018 | Trustee to consider the sale of certain realties in this case. The Bonding company understands that it has a super priority. The adversary against Santander is still pending, although the Trustee has informed the Court that it has no value to the Estate. NWR 12-10-18 |
| 08/24/2018 | Trustee is deciding whether to administer any assets in this case. MAPRE has a superpriority lien on all assets given by the Debtor while in Chapter 11. There is an adversary proceeding against Oriental Bank for a setoff pre-petition which can be considered a preference. The Debtor assigned the claim to Oriental Bank during Chapter 11. - Noreen Wiscovitch 7/18/2018
Trustee investigating Debtor's Financial Affairs. - Noreen Wiscovitch 5/1/2018
[Noreen Wiscovitch 2018-05-01 13:46:40] |

| Initial Projected Date Of Final Report (TFR): | 12/31/2020 | Current Projected Date Of Final Report (TFR): | 12/31/2022 | /s/ NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|
| | | | | NOREEN WISCOVITCH-RENTAS |